**JASPER LIGGINS**

**ATTORNEY AT LAW**
THE SOUTHPORT BUILDING
88 S. PORTAGE PATH, SUITE 301
AKRON OH 44303
PHONE (330) 867-6600
FAX (330) 867-9720

July 3, 2007

**FILED**

JUL 23 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Judge Larson
U.S. District Court for the Northern District of California
450 Goldengate Ave.
Box 36060
San Francisco, CA 94102

**SO ORDERED**

*[signature]*

**JAMES LARSON**
**U.S. CHIEF MAGISTRATE JUDGE**

Re: *Pastor Walter L. Humphrey vs.*
*The Prince of Peace Baptist Church and DOES 1-25*
*Case No. C07-02790*

**Pro hac vice and decision on consent due by August 8, 2007.**

Dear Judge Larson,

I would like to respectfully request additional time to complete the following:

1.) Motion for Pro Hoc Vice.
2.) Speak with Prince of Peace Baptist Church regarding consent to hear.

In addition, I would also like to request any appearance regarding this matter would be by telephone.

Thank you in advance for your consideration to my request.

Sincerely,

Jasper L. Liggins

JLL/cmd