IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

PASTOR WALTER L. HUMPHREY
178 Meadowlark Way
Hercules, CA 84547

    Plaintiff

vs.

THE PRINCE OF PEACE BAPTIST CHURCH
844 Garth Ave.
Akron, Ohio 44320

and

DOES 1-25

    Defendants

CASE NO.: C07-02790

JUDGE LARSON

**SEC. 20:52 MOTION - SEEKING ADMISSION PRO HAC VICE (U.S. CONST. AMEND. VI; 28 U.S.C.A. SEC. 1654 (Amended)**

    Jasper Liggins moves this Court for an order permitting him to appear pro hac vice for Prince of Peace Baptist Church in this case.

    In support of this motion, Jasper Liggins states as follows:

    1.) I am a member of good standing of the bars of the following Courts: Summit County, Akron, Ohio. (A copy of my Ohio Bar Registration Card is attached and market as Exhibit "A".)

    2.) I am a partner/associate in the law offices of Glinsek, Liggins & Summers, 88 S. Portage Path, Suite 301, Akron, Ohio 44303.

    3.) I have read and am familiar with the Federal Rules of Civil Procedure and the local rules of this Court.

    4.) I will faithfully abide by the rules of this Court.

WHEREFORE, Jasper Liggins requests this Court to grant an order permitting him to appear pro hac vice on behalf of Prince of Peace Baptist Church in the instant action.

Dated: _____

Respectfully submitted,

_____
JASPER L. LIGGINS #0039865
Attorney for Defendant
88 S. Portage Path, Suite 301
Akron, Ohio 44303
Phone: 330-867-6600
Fax: 330-867-9720

## PROOF OF SERVICE

I hereby certify that a copy of the foregoing Motion to Dismiss was sent to Daniel Etoh, Attorney for Plaintiff, at Amangbo & Associates, Suite 4900, Oakland, CA 94621 by regular U.S. Mail this _____ day of June, 2007.

_____
JASPER L. LIGGINS #0039865
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

PASTOR WALTER L. HUMPHREY        CASE NO.: C07-02790
178 Meadowlark Way
Hercules, CA 84547               JUDGE LARSON

    Plaintiff

vs.

THE PRINCE OF PEACE BAPTIST CHURCH
844 Garth Ave.
Akron, Ohio 44320                **APPEARANCE FOR DEFENDANT**

and

DOES 1-25

    Defendants

I hereby enter my appearance as attorney for Defendant Prince of Peace Baptist Church.

Respectfully submitted,

JASPER L. LIGGINS #0039865
Attorney for Defendant
88 S. Portage Path, Suite 301
Akron, Ohio 44303
Phone: 330-867-6600
Fax:   330-867-9720

By: GEORGE HOLLAND
1970 Broadway, Suite 1250
Oakland, CA 94612