UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PASTOR WALTER HUMPHREY

    Plaintiff(s),　　　　　　　　　　　　No. 07-02790 JL

    v.　　　　　　　　　　　　　　　　　NOTICE OF CONTINUANCE OF MOTION
　　　　　　　　　　　　　　　　　　　　　　AND CASE MANAGEMENT CONFERENCE
PRINCE OF PEACE BAPTIST CHURCH

    Defendant(s).
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that defendant's motion to dismiss and the case management conference scheduled for September 5, 2007 @ 9:30 a.m. in Courtroom F, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102 has been continued to September 19, 2007 @ 9:30 a.m..

Dated: August 14, 2007

*Wings Hom*
_____
Wings Hom Courtroom Deputy to
JAMES LARSON, CHIEF UNITED STATES
MAGISTRATE JUDGE