E-filing

ADR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Pastor Walter Humphrey,

Plaintiff(s),

v.

Prince of Peace Baptist Church et al

Defendant(s).

No. C C07-02790 JL

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: 8/14/07

_____
Signature

Counsel for Pastor Walter Humphrey
(Plaintiff, Defendant or indicate "pro se")

Case 3:07-cv-02790-WHA     Document 13     Filed 08/29/2007     Page 2 of 2