# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Humphrey,<br><br>                    Plaintiff(s),<br><br>     v.<br><br>Prince of Peace Baptist Church,<br><br>                    Defendant(s). | 07-02790 JL<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order. Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter. Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)). (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

1  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
2  to an e-mail directed to adr@cand.uscourts.gov.

4      It is the responsibility of counsel to schedule an ADR Phone Conference, if
5  required, to occur before the Case Management Conference.

8  Dated: September 6, 2007

```
                                    RICHARD W. WIEKING
                                    Clerk
                                    by:    Timothy J. Smagacz

                                    _____
                                    ADR Administrative Assistant
                                    415-522-4205
                                    Tim_Smagacz@cand.uscourts.gov
```

**Notice Re: Noncompliance With Court Order**
07-02790 JL                                         -2-

PROOF OF SERVICE

Case Name:	Humphrey v. Prince of Peace Baptist Church

Case Number:	07-02790 JL

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On September 6, 2007, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Alieu Iscandari
> Amamgbo & Associates, APC
> 7901 Oakport Street, Suite 4900
> Oakland, CA 94621
>
> C. Donald Amamgbo
> Amamgbo & Associates, APC
> 7901 Oakport Street, Suite 4900
> Oakland, CA 94621
> Donald@Amamgbolaw.com
>
> Daniel Ighogboja Etoh
> Amamgbo & Associates, APC
> 7901 Oakport Street
> Suite 4900
> Oakland, CA 94621
> detoh@amamgbolaw.com
>
> Nick Agbo
> Amamgbo & Associates, APC
> 7901 Oakport Street

Oakland, CA 94606

Donald Chidi Amamgbo Esq.
Amamgbo & Associates
7901 Oakport Street, Suite 4900
Oakland, CA 94621
donald@amamgbolaw.com

Jasper L. Liggins
88 S. Portage Path
Suite 301
Akron, OH 44303

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:
[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on September 6, 2007 in San Francisco, California.

RICHARD W. WIEKING
Clerk
by:    Timothy J. Smagacz

*Timothy Smagacz*

ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov