UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

PASTOR WALTER HUMPHREY,

        Plaintiff,

  v.

PRINCE OF PEACE BAPTIST CHURCH,

        Defendant.

_____/

Case Number: CV07-02790 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 13, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jasper L. Liggins
88 S. Portage Path
Suite 301
Akron, OH 44303

William E. Weiss
130 Sutter St., 7th Floor
San Francisco, CA 94104

Dated: September 13, 2007

Richard W. Wieking, Clerk
By: Dawn Toland, Deputy Clerk