**JASPER LIGGINS**



**ATTORNEY AT LAW
THE SOUTHPORT BUILDING
88 S. PORTAGE PATH, SUITE 301
AKRON OH 44303
PHONE (330) 867-6600
FAX (330) 867-9720**

E-filing

September 6, 2007

Magistrate Judge James Larson
United States District Court
Northern District of California
Attn: Kathleen Campbell, Esq.
450 Goldengate Ave.
Box 36060
San Francisco, CA 94102

Re: *Pastor Walter L. Humphrey vs. Prince of Peace Baptist Church, et al.*
    Case No. C07-02790

Dear Judge Larson,

   I would like to respectfully request the Court to withdraw my request for a Pro Hoc Vice.

   Although I continue to believe very strongly in the elements of this case as well as the reasons for my request, my clients have decided, if there are hearings in California, to use local counsel.

   Thank you for your consideration. The local counsel is:

   Attorney William E. Weiss
   130 Sutter St., 7th Floor
   San Francisco, CA 94104

   Sincerely,

   Jasper L. Liggins

JLL/cmd