IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PASTOR WALTER HUMPHREY,<br><br>    Plaintiff,<br><br>  v.<br><br>PRINCE OF PEACE BAPTIST CHURCH,<br><br>    Defendant.<br>_____/ | No. C 07-02790 WHA<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE** |

     The Court sets a case management conference for **SEPTEMBER 20, 2007, AT 11:00 A.M.** The Court has receipt from Mr. Etoh a letter dated September 12, 2007, indicating that Mr. Jasper Liggins may be seeking to get out of this case. For the time being, he is counsel of record. The Court expects all counsel of record to appear at the case management conference on September 20 at 11:00 a.m. This includes Mr. Liggins. However, if a substitute lawyer makes an appearance beforehand, Mr. Liggins need not appear. In the meantime, Mr. Liggins must cooperate with all counsel in preparing a statement due by Tuesday, September 18, 2007. Please do not ask for any extensions.

    **IT IS SO ORDERED.**

Dated: September 13, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE