**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

**JUDGE WILLIAM ALSUP**

Date: September 20, 2007

Case No.  C 07-02790 WHA

Title: PASTOR WALTER HUMPHREY  v.  PRINCE OF PEACE BAPTIST CHURCH

Plaintiff Attorneys: Daniel Etoh

Defense Attorneys: William Weiss

Deputy Clerk:  Dawn Toland

Court Reporter: Sahar McVickar

**PROCEEDINGS**

1)   CMC - HELD

2)  _____

Complete Initial Disclosures (Rule 26): 9/28/07

Discovery Cutoff: 5/9/08

Designation of Experts: 5/9/08

Last Day to File Motion: 6/26/08

Continued to __ for Claim Construction

Continued to  9/8/08 at 2:00pm   for Pretrial Conference

Continued to  9/22/08 at 7:30am for Jury Trial

**ORDERED AFTER HEARING:**

Case is referred to ADR for mediation.

Defendant's motion to dismiss filed by the prior defense counsel is withdrawn without prejudice to filing a new motion to dismiss