# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Humphrey,<br><br>　　　　　Plaintiff(s),<br><br>　v.<br><br>Prince of Peace Baptist Church,<br><br>　　　　　Defendant(s). | 07-02790 WHA MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

　　　The court notifies the parties and counsel that the Mediator assigned to this case is:

**Kristen W. Maloney**
Law Offices of Kristen W. Maloney
14 Sunrise Hill Road
Orinda, CA 94563
925-254-6786

　　　Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

Counsel are reminded that the written mediation statements required by the ADR L.R. 6-7 shall NOT be filed with the court.

Dated: September 27, 2007

RICHARD W. WIEKING
Clerk
by:    Claudia M. Forehand

_____
ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**Notice of Appointment of Mediator**
07-02790 WHA MED                              - 2 -