## CHURCH CONSTITUTION

**PREAMBLE:**

The membership of this church, realizing that each Baptist Church is its own autonomy (a self-governing) body, and having no entire, specific directory for its government and discipline, and that each local church, being left at liberty to make such regulations, additional to those found in the New Testament, and in harmony with those principles in the New Testament, and unto its situation and circumstances; relying upon the guidance of the Holy Spirit, for the promotion of the Kingdom of Christ, the practice of brotherly love, growth in grace, a true spiritual development, and for the accomplishment of the grand design for which the church was established on earth, we, the members of the Prince of Peace Baptist Church of Akron, Ohio, Incorporated, adopt the following constitution for our guidance and government.

**ARTICLE I – NAME**

The name and title of this congregation shall be the "Prince of Peace Missionary Baptist Church of Akron, Ohio."

**ARTICLE II – PURPOSE**

The purpose is to maintain spiritual worship through preaching and teaching of God's word and for the strengthening and edifying of one another in faith; developing the Christian life, and spreading of the Kingdom of God through evangelism, home and foreign missionary endeavor, and Christian education.

**ARTICLE III – DOCTRINE OF FAITH**

We believe in:
1. The preeminence of Christ as our Divine Savior and Lord.
2. The Supreme authority of the Bible and Its sufficiency as our rule for faith and conduct.
3. The right of private interpretation of the Scriptures, the competency of the individual in direct approach to God under the guidance of the Holy Spirit.
4. The Absolute separation of Church and State.
5. A regenerate church membership.
6. A divine called and qualified minister.
7. The ordinances of the believer's baptism by immersion in obedience to the command of Christ and observing of the "Lord's Supper".
8. The complete independence of the local church and its interdependence in associated fellowship with other churches.
9. The solemn obligation of majority rule guaranteeing equal rights to all and special privileges to none.
10. The spiritual unity of all true believers.

11. A world-wide program of missionary fervor and evangelism in obedience to the great commission of our Lord.

## ARTICLE IV – DENOMINATIONAL AFFILIATIONS

Recognizing our obligations and privileges in fostering the world-wide mission of the church; therefore, we shall affiliate with District, State, and national Baptist bodies having the same general objectives.

## ARTICLE V – MEMBERSHIP

1. The membership of this church shall consist of the following members:

   (a) Individuals who have been accepted into the church through baptism upon the confession of their faith in the Lord Jesus Christ.
   (b) Individuals who have been accepted into the church by letters from other Baptist churches.
   (c) Individuals who have been accepted by Christian experience having previously held membership in some other Baptist church.
   (d) By way of restoration.

2. Reception of new members:

   (a) The right hand of fellowship shall be extended to new members after their observance of the "Lord's Supper" as a symbol of welcome and entrance into full fellowship of the church.
   (b) No new member shall be given full membership status until he has complied With the Church's program of orientation, observed the Lord's Supper, and attended one (1) new member's orientation conference.

3. Dismissal of members:

   (a) A letter of transfer shall be granted to members who are in good standing who desire to become members of another Baptist church.
   (b) Members who are away from the church (non-resident members) may maintain their membership if their absence is due to employment, government service, military, school, illness, or other justifiable causes.

4. Delinquent members:

Members living within the boundaries of the church who fail to contribute financially within a period of three (3) months will be placed on an inactive roll which forfeits their rights to vote on issue or hold any position in the church.

2

## ARTICLE VI – FINANCING THE CHURCH

Our method of financing the church shall be:

1. Tithes and offerings
2. Individual financial pledges
3. Annual days with their special offerings and gifts
4. Love offerings for special projects

## ARTICLE VII – GOVERNMENT AND DISCIPLINE

This church shall at all times seek to maintain scriptural discipline. Since the church is the School of Christ, it should be controlled with strict, yet wise and kind discipline, or the pupils will learn more of evil than of good and anarchy (no law) and confusion will supplant good government. Therefore, our rules of authority in matters of government are:

1. The New Testament
2. The Baptist Church Covenant
3. The Declaration of Faith
4. Robert's rules of Order shall be our authority in matters of parliamentary procedures.

Member's Conduct:

1. Each member is required to cooperate with the church's program fully and completely. This means members must attend the church services, serve in some of its department or auxiliaries, and contribute financially to the church.
2. All members must contribute financially to the church on a weekly, biweekly, or monthly basis unless hindered by extreme poverty.
3. Any member who fails to cooperate with the church through rendering service or contributing financially for a period of three (3) months shall be brought under discipline of the church and shall be required to make acknowledgement of intent.
4. Any member who fails to cooperate or support the church for a period of six (6) Months will be placed on the delinquent roll forfeiting all membership rights.
5. Any deacon or church officer, either general or departmental officer, who actively opposes the church's program, either in part or in its entirety, such person forfeits the right to said office and shall be brought immediately under the discipline of the church. Every leader shall enforce the church's rules among the members he or she leads.

Any leader who fails to discharge his or her duties in this respect shall be considered either disloyal or incompetent and shall forfeit all rights to said office.

3