**ARTICLE VIII – ORGANIZATION**

In the overall structure of church organization, there shall be such group agencies, auxiliaries, departments, staff, councils, and committee as deemed necessary for the administration of the total program of this church.

**ARTICLE IX – OFFICERS**

1. PASTOR
   The Pastor of the church must be an ordained Missionary Baptist Minister. His duties shall be to preach and teach the Word of God.
   (a) He is, by virtue of his office, the overseer and superintendent of all of the interests of this church and of all of its departments.
   (b) By virtue of his office, he is moderator of all business meetings of this church.
   (c) He is director in all matters of discipline.
   (d) He is the Church's teacher.
   (e) He shall direct the worship services, administer the ordinances, and perform all duties incumbent upon his office.
   (f) The pastor's and church's relationship shall continue until after said party desiring said termination, pastor or church, has given a three (3) months written notice.
      (1) This relationship may be terminated within a shorter period of time by mutual agreement between pastor and church.
      (2) Whenever the time comes for the severing of relationship of pastor and church, the church will graciously grant a ninety-day period for the consummation of separation. The pastor is also under obligation to submit a ninety-day notice of his intent to vacate his position as pastor.

      The church will be obligated to continue payment of agreed financial contribution until the end of the ninety-day agreement agreed upon by both parties (church and pastor). The church can pay full amount if agreed by pastor, and he may relinquish the pastoral position at that time.
   (g) Whenever a vacancy occurs, the church shall elect a pulpit committee of not less than five (5) nor more than seven (7) members who shall be charged with the responsibility of selecting and recommending a new pastor. This committee consists of both deacons and other members who are in good standing with the church.
   (h) The pastor shall be elected at a special meeting called for that purpose, public notice of which shall be given in the worship service for two (2) Sundays thereto.
   (i) The church shall set the pastor's salary at the time of his election and at any time thereafter.
   (j) The pastor may appoint one or more assistants who shall be designated as "Pastor's Assistants" or Assistants to the Pastor.

4

2. DEACONS

The deacons of this church shall be known and recognized as the pastor's assistants or helpers in all matters pertaining to the administration of the church's affairs.
   (a) The deacon shall be elected annually upon recommendation of the pastor to the church.
   (b) The pastor may appoint other deacons to the staff at any time during the year when, in his judgement, he feels that additions are necessary and helpful to the church.
   (c) The deaconship of this church shall never be considered a board, which we presuppose an invested power, but shall be designated "the deacons" or "the staff of deacons".
   (d) Persons elected or appointed to the deaconship shall be persons who, as nearly as possible, meet the scriptural qualifications as set forth in the New Testament.
   (e) Any deacon may be dismissed from the staff by the pastor, if found to be violating the constitution of this church, or whose life style contradicts the Biblical mandates found in First Timothy, third chapter. The church must always seek to restore and rebuild every straying soul.

3. TRUSTEES

This church shall elect annually a group of persons to serve as trustees.
   (a) The trustees shall be elected by the church upon recommendation of the pastor and deacons.
   (b) The trustees shall be subject to the pastor and deacons at all times in all matters.
   (c) The number of trustees shall be not less than five (5) nor more than seven (7).
   (d) The trustees may be comprised of both deacons and other members.
   (e) The duties of the trustees shall be to look after the church's property, etc., grounds, building, furniture, equipment, etc., and all other facilities. They shall not sell, mortgage or otherwise encumber the real estate or property of the church unless authorized by the membership.
   (f) Two shall be elected for two years, two for two years and three for three years.

4. CHURCH CLERK

The duties of the church clerk shall be to keep an accurate record of all business procedures and matters pertaining to the church, attend to and direct all general correspondence with membership, keep accurate records of membership, and to attend to any other duties incumbent upon the office of Church Clerk.

5. TREASURER

It shall be the duties of the treasurer to receive and bank all church monies from all agencies, auxiliaries, etc.
   (a) The treasurer shall be bonded.
   (b) The treasurer shall be elected annually.

6. FINANCIAL SECRETARY

It shall be the duty of the financial secretary of this church to keep a detailed financial record of all monies, incomes and disbursements, and make a report to the church concerning same.
   (a) The pastor's name must be on all checks issued on the treasury of the church along with two (2) designated persons of the finance committee.
   (b) There shall also be a full staff of general and departmental officers.

## ARTICLE X – BUSINESS MEETINGS

This church shall hold one annual meeting during the month of November, not later than the second week in December. We shall adopt the church budget for the following year, elect the deacons and general officers, departmental heads, and adopt the church calendar for the year.

There may be other business meetings held upon the call of the pastor when matters demand such meetings. Such meetings, when possible, shall be held after two (2) Sundays notice hall have been given.

If the pastor should fail to call a meeting when there seems to be a need for such a meeting, fifty (50) members in good and regular standing may sign a petition requesting that the pastor call such a meeting.

All matters that are far reaching in nature and results, or what may be called major propositions, shall always be presented to the pastor and the deacons before they are presented in any church meeting.

This does not mean that the church shall delegate any of its authority to the pastor and deacons; but, it does mean that they will be recognized in their place of leadership.

That all matters will be referred to them for their judgement before being presented to the church. After such matters shall have been presented to the pastor and deacons for their consideration, they may be expedited by the church proper.

## ARTICLE XI – ELECTION OF OFFICERS

The following shall be our procedure in the election of the church officers:
1. All officers, with the exception of the pastor, shall be elected annually.
2. The pastor shall recommend deacons to the church.

6

3. The pastor, deacons and recommendation committee shall recommend all general officers and departmental heads.

## ARTICLE XII – LEGAL CORPORATION

This church is a corporation under the laws of the State of Ohio. As a corporation, there must be an annual meeting. The pastor of the church shall be president of the corporation.

7