Prince of Peace Baptist Church
844 Garth Avenue
Akron, Ohio 44320

April 28, 2006

To the Membership of the Prince of Peace Baptist Church:

We the undersigned, ordained deacons, official officers as outlined by our church constitution, on behalf of the congregation of the Prince of Peace Baptist Church, do here by submit the following concern regarding the position of pastoral leadership.

Due to the fact that the actions of Pastor Rev. Walter Lee Humphrey have been less than reconciliatory in bringing harmony to the membership of the Prince of Peace Baptist Church, we are submitting this letter for consent to take the action necessary regarding the recommendation that the pulpit be declared vacant. We take this position pending receipt of the congregational membership's vote regarding the pastoral responsibilities and obligations of Rev. Humphrey. We also request that the congregation address Rev. Humphrey's excessive absence from the pulpit of the Prince of Peace Baptist Church and the Akron community.

Humbly Submitted,


The Deacons of the Prince of Peace Baptist Church


Cc: Rev. Dr. Walter L. Humphrey
    Rev. Dr. H. Wesley Wiley, Progressive National Baptist Convention

ROMANS 12: 1-12

The Deacons of Prince of Peace Baptist Church

_Augusto L. Thomson_     _[signature]_

_Duane L. Grimes_        _Robert Richer_

_[signature]_            _Gene M. Wain_

_Sterling Shephard_      _[signature]_

_____      _____

_____      _____

_____      _____

Dear Members of Prince of Peace:

Quick points regarding the deacon's recommending to the church that the pulpit be declared vacant:

We are not putting the pastor out of the church. By making the recommendation that the pulpit be declared vacant, the Church now has the opportunity to vote on its acceptance or displeasure concerning the present pastor/congregation relationship.

Since January, the Deacons have tried to have Rev. Humphrey answer basic questions concerning his pasturing Prince of Peace Baptist Church and his absence from the pulpit. By recommending that the pulpit be declared vacant, it means that the Church must vote on either accepting the recommendation or declining the recommendation.

The Baptist Church Covenant states-"In case of difference of opinion in the church, we will strive to avoid a contentious spirit, and if we cannot unanimously agree, we will cheerfully recognize the right of the majority to govern."

Our goal is to have an expose council (senior pastors that will act as mediators) administer the church vote. The council will consist of:

-Rev. Dr. Alfred Smith of Oakland, California. Dr. Smith is the minister that wrote the letter of recommendation for Rev. Humphrey to our church.

-Rev. Dr. Tyrone Pitts, Executive Secretary of the Progressive National Baptist Convention.

-A pastor of Rev. Humphrey's choice.

Our hope is that through the guidance of the council, we as a church can have the basic questions as outlined in the letter answered to the satisfaction of the church. So that we as a church and Rev. Humphrey as pastor can achieve a clear understanding of our relationship and what is to be expected on behalf of both parties.