January 16, 2006

The meeting of the Prince of Peace Baptist Church opened with song, "This Little Light of Mine" led by Deacon Robert Richerson followed by prayer led by Deacon Roosevelt Engram. Another song led by Deacon Richerson, "I'm Going to Stay Under the Blood."

Deacon Russel Neal, Sr., was presented who opened with Zechariah 4:7. He stated that Pastor Humphrey should not be afraid of a church business meeting, because we love him. He then read Psalms 30:5-- God's favor will be with us. There is no hidden agenda. We want to know where does the Pastor stand. We received a call from members of the Moriah Baptist Church about what's happening in their church. What's happening at Moriah is affecting Prince of Peace.

There are two questions we want to ask Pastor Humphrey:

1. Where will you pastor—Moriah or Prince of Peace?
2. If Prince of Peace, you have 30 days to set up housekeeping in Akron, Ohio.

We want to be pastored not by the Task Force or the Administrative Assistant, but by Pastor Humphrey.

*The tape was played*.
Deacon Russel Neal, Sr, continued—We are not here to put the Pastor out. We can't do that—only the Church can. The Sunday School lesson Sunday was about calling a pastor. Maybe we should repeat the lesson on this Sunday. The Bishop or Pastor is over one church. One thing the lesson said was the pastor needs to demonstrate faith. Pastor Humphrey needs to demonstrate faith.

Sis. Taylor stated she didn't know what was going on. Are we trying to get rid of the pastor? The answer was this is not a witch hunt. She asked if he were here, would we let him be the pastor. The answer was we're unified. She stated that no matter what, we wouldn't have this problem if we continued to pay our tithes. Pastor Humphrey doesn't own this church. I am going to do what I'm supposed to do whether he's here or not. The answer—don't stop doing what God says do, continue to be unified.

Deacon Neal, Sr., continued—if Rev. Humphrey says he's not coming at all, we'll come together and form a pulpit committee and start searching

1

for another pastor. Rev. Burrell got letters of confirmation of this pastor.

Q. Do you know this woman?

A. It doesn't matter.

Sister Belton: It doesn't matter what's on the tape. He's not here.

Sister Reed: I do not feel that I have a pastor at this point, and I don't plan to leave and I'm glad this meeting was called. If Pastor Humphrey is going to serve as pastor, we need a pastor for counseling. If we want to be under a task force we don't need to be in a church.

Sister Hosey: The deacons should have gone to the Pastor and demanded that he be here.

Sister Wellington: I agree. This is hearsay.

Deacon Russel Neal, Jr.: It's the Church that makes the decision. We are the overseers the Bible speaks of--deacons and the pastor. The pastor is a member of the Church.

This was contradicted by Sister Taylor and led to a discussion.

Deacon Russel Neal, Jr: We are empowering you with the same information we have. The Church is to make the decision. We are obligated to bring the information to the Church. He read part of the church covenant.

Sister Taylor stated deacons don't teach, etc.

Sister Leggett: Nothing was fact—just opinion. She was answered by the suggestion to call Pastor Humphrey.

Sister Samuel: Who is going to pray for her family in the hospital?

Different people answered that the deacons and Rev. Montgomery would visit; others said that Rev. Montgomery wasn't the pastor, etc.

Sister Golden: The bottom line is, what is his intention?

Further discussion along the same lines. Meeting was dismissed.