March 11, 2006

Rev. Dr. Tyrone Pitts
Executive Secretary
Progressive National Baptist Convention
601 50th Street N. W.
Washington, D. C. 20019

Dear Rev. Dr. Tyrone Pitts:

Greetings in the name of our Lord and Savior Jesus Christ!

It is with heavy hearts and sincere concern for the members of Prince of Peace
Missionary Baptist Church of Akron, Ohio, that we, the deacons of Prince of
Peace Baptist Church, request your help in reestablishing order within our
church.

We are at an impasse with the newly installed pastor, Reverend Walter Lee
Humphrey, concerning several issues relating to the health and welfare of the
Prince of Peace Baptist Church family. Due to Reverend Humphrey's refusal to
acknowledge the structure and process for resolving issues of concern as
outlined in the church's constitution, we are seeking your assistance in the
following areas of urgent concern:

1.) Acknowledgement by Reverend Humphrey of the Church's constitution as the
document that outlines the structure and process for government and
guidance of the Prince of Peace Baptist Church.

2.) We ask that Reverend Humphrey state his intentions in regards to being the
full time pastor of Prince of Peace Baptist Church. When called to pastor
Prince of Peace Baptist Church, it was with the understanding that Reverend
Humphrey would move to Akron, Ohio. Presently, Reverend Humphrey
resides in Oakland, California, and is pastoring Moriah Missionary Baptist
Church of Oakland, California. This has lead to the Reverend Humphrey
being absent from the pulpit for periods of time as long as six (6) weeks in
succession.

3.) Reverend Humphrey has stated that the financial package offered him by the
church is insufficient. In order to determine what is fair and sufficient, we are
asking that Reverend Humphrey supply the members of Prince of Peace with
his salary request. The church has struggled to meet its' financial obligations
in part due to the inconsistency in the pulpit.

We thank you and the leadership of the Progressive National Baptist Convention for your assistance in this matter.

Your Brothers in Christ,

The Deacons of Prince of Peace Baptist Church

cc: Rev. Dr. Walter L. Humphrey