# Prince of Peace Baptist Church

*"The Church With His Presence"*
844 GARTH AVENUE
AKRON, OHIO 44320

PHONE 762-1997

JOHN MILTON BURRELL, Pastor
731 DIAGONAL ROAD
AKRON, OHIO 44320

PHONE 384-9877

October 8, 2004

Rev. Dr. Walter L. Humphrey
Moriah Christian Fellowship
Baptist Church
3354 San Pablo Avenue
Oakland, California 94608

Dear Pastor Humphrey, Greetings !

Greetings in Jesus name!

This is to inform you that October 4, 2004 at a bona fide meeting held by the membership of the Prince of Peace Baptist Church, you were given a life call as pastor, and the financial package was also accepted.

We are looking anxiously to you being here, Sunday, October 17, 2005.

May God continue to bless you and your lovely wife.

Yours in His service,

Prince of Peace Baptist Church

Dolores Henderson, Clerk
Rev. Dr. John Milton Burrell, Pastor-Emeritus

— 1 —