WILLIAM E. WEISS (SBN 73108)
LAW OFFICES OF WILLIAM E. WEISS
130 Sutter Street, 7th Floor
San Francisco, California 94104
Telephone:   (415) 362-6765
Facsimile:    (415) 362-2405
Email:          weisslaw1@williameweiss.com

Attorneys for Defendant,
PRINCE OF PEACE BAPTIST CHURCH

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PASTOR WALTER HUMPHREY<br><br>    Plaintiff,<br><br>vs.<br><br>PRINCE OF PEACE BAPTIST CHURCH, and DOES 1-25,<br><br>    Defendants. | Case No. C 07-02790 WHA<br><br>**NOTICE OF MOTION OF DEFENDANT PRINCE OF PEACE BAPTIST CHURCH'S MOTION TO DISMISS**<br><br>Date:  November 29, 2007<br>Time: 8:00 a.m.<br>Place: Courtroom 9, 19th Floor<br>          450 Golden Gate Avenue,<br>          San Francisco, CA 94102<br>**Judge: Hon. William Alsup** |

PLEASE TAKE NOTICE that on November 29, 2007 at the hour of 8:00 a.m. defendant PRINCE OF PEACE BAPTIST CHURCH will move this court, located in Courtroom 9 of the United States District Court on 450 Golden Gate Avenue, San Francisco, California 94102, for an order dismissing this case on the grounds that there is no personal jurisdiction, that venue is improper, that the court is prohibited from interfering in church employment matters pursuant to the free exercise and establishment clauses of the first amendment and because the plaintiff has failed to allege a sufficient amount in controversy pursuant to 28 USC § 1332(A).

The motion is brought pursuant to Federal Rule of Civil Procedure 12(a), 12(b)(3), and 12(b)(6). It will be based on this notice of motion, the attached memorandum of points and

1  authorities, the declarations of Russel Neal, Sr., with exhibits and such other documentary and
2  oral evidence as may be adduced at the hearing of this motion.
3  DATED:                                          LAW OFFICES OF WILLIAM E. WEISS

By_____/s/_____
   William E. Weiss, Esq.
   Attorney for Defendant,
   Prince of Peace Baptist Church