C. DONALD AMAMGBO, ESQ. (SBN 164716)
ALIEU ISCANDARI, ESQ, (SBN 184307)
DANIEL ETOH, ESQ. (SBN 236563)
NICK AGBO, ESQ (SBN 236523)
**AMAMGBO & ASSOCIATES**
A Professional Law Corporation
7901 Oakport Street, Suite
Oakland, CA 94621
Telephone:    (510) 615-6000
Facsimile:    (510) 615-6025
Email:    detoh@amamgbolaw.com

Attorneys for Plaintiff,
PASTOR WALTER HUMPHREY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PASTOR WALTER HUMPHREY<br>Plaintiff<br><br>v.<br><br><br>1.    PRINCE OF PEACE BAPTIST CHURCH<br>2.    DOES 1-25<br>Defendants | CASE NO. C 07-02790 WHA<br><br>SUBSTITUTION OF ATTORNEY |

THE COURT AND ALL PARTIES ARE NOTIFIED THAT Pastor Walter Humphrey plaintiff makes the following substitution:

**1. Former Legal Representative:**     Daniel Etoh

**2. New Legal Representative:**     Dorothy D. Guillory (SBN) 114891

~~121~~ Washington Ave., # 380

1271

AMAMGBO & ASSOCIATES
7901 Oakport Street, Oakland,
CA 94621
(510)615-6000    SUBSTITUTION OF ATTORNEY.wpd

San Leandro, CA 94577
Tel: (510) 639-2959

4. I consent to this substitution.
   Date: 10/25/07

_____
Pastor Walter Humphrey plaintiff

_____
Signature

5. I consent to this substitution.
   Date:

_____
Daniel Etoh

_____
Signature of Former Attorney

6. I consent to this substitution.
   Date: 11/01/07

_____
Dorothy D. Guillory

_____
Signature of New Attorney

IT IS SO ORDERED:

Dated: _____
Hon. William H. Alsup
U.S. District Court Judge

AMAMGBO & ASSOCIATES
7901 Oakport Street, Oakland,
CA 94621
(510)615-6000   SUBSTITUTION OF ATTORNEY.wpd

Page 2 of 2