DOROTHY D. GUILLORY
Attorney at Law, CSBN 114891
1271 Washington Avenue, #380
San Leandro, CA  94577
(510) 639-2959
Fax:  (510) 639-2961

Attorney for Plaintiff
PASTOR WALTER HUMPHREY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PASTOR WALTER HUMPHREY, | Case No.: C 07-02790 |
| Plaintiff, | PLAINTIFF'S EX PARTE APPLICATION FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AND DECLARATION IN SUPPORT |
| vs. | |
| PRINCE OF PEACE BAPTIST CHURCH, | |
| Defendant. | Date:  11/29/07<br>Time:  8:00 a.m.<br>Place:  Courtroom 9, 19th Floor<br>Honorable William H.. Alsup |

_____

Plaintiff Pastor Walter Humphrey makes this application for a very brief extension of time (from 11/8/07 to 11/13/07) to file his opposition to Defendant's motion to dismiss, due to the recent substitution of counsel.   This request for extension is made after attempting to obtain a Stipulation to the extension from defense counsel, and will not involve a change in the present hearing date.

DECLARATION IN SUPPORT

I, DOROTHY D. GUILLORY, declare as follows:

Plaintiff's former counsel substituted out of this case, and I signed a consent to

Ex Parte Appl. Extend time, p. 1

1

substitution on November 1, 2007.  The Substitution was filed with the Court on November 5, 2007, and the Court approved the substitution on November 6, 2007.

Plaintiff's opposition to Defendant's motion is due on November 8, 2007, and Plaintiff's former counsel did not obtain a Stipulation to continue the 11/29/07 hearing date on Defendant's motion to dismiss under Local Rules 6-1, 6-2 before the substitution was effected.

As much as I attempted to meet the present deadline for submitting Plaintiff's opposition to Defendant's motion to dismiss, I cannot do so in such a short period of time.   I will require more time for researching the issues raised by the motion--subject matter and personal jurisdiction, venue and first amendment issues involving the church and the courts, and for compiling the opposition.

On this morning, I contacted defense counsel Weiss and attempted to get a stipulation to extend the deadlines for the opposition and reply, or get a change of the hearing date, but I have not yet heard from him.  In light of the fact that a recent substitution of counsel just occurred, Plaintiff will be prejudiced if the extension is not granted to enable his new attorney to file an opposition.  Consequently, I ask the court to grant the brief extension for filing the opposition and the reply in this case, without changing the hearing date of 11/29/07, as follows:

1.    The deadline for filing Plaintiff's opposition to Defendants' motion to dismiss is extended from 11/8/07 to 11/13/07.

2.    The deadline for filing Defendant's Reply brief is extended from 11/15/07 to 11/20/07.

Ex Parte Appl. Extend time, p. 2

Dated:  November 8, 2007

_____

DOROTHY D. GUILLORY

Attorney for Plaintiff Pastor Walter Humphrey

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED:

Dated:    November 13, 2007.

_____

Hon. WILLIAM H. ALSUP

U.S. DISTRICT COURT JUDGE

Ex Parte Appl. Extend time, p. 3

3