EXHIBIT A TO DECLARATION OF PASTOR WALTER HUMPHREY

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# OAKLAND POST



*"Where there is no vision the people will perish..." Proverbs 29:18*

Weekly Edition  August 17-23, 2005  42nd Year, No.7

## Black Oakland Ministers at White House

### Nigerian-Bound Faith-Based AIDS Mission

By Zusha Elinson, Post Staff Writer

A group of Oakland pastors will be headed to Nigeria in October to combat the AIDS epidemic with family-strengthening classes and sterilized needles for under-supplied clinics.

The trip is the direct result of President George Bush's recent meeting at the White House with African American leaders to discuss the AIDS epidemic in Africa and funding faith-based groups among other items.

Oakland pastor Walter Humphrey was at the White House meeting and will be on the trip to Nigeria.

**Contiued on page 16**

---

## Black Oakland Ministers Meet with Bush at White House

### Rev. Humphrey Leads Nigerian-Bound Faith-Based AIDS Mission

**Continued from page 1**

"An ounce of prevention is worth a pound of cure, so we are going to be giving training to Nigerian clergy on creating healthy monogamous marriages, as well as bringing medical supplies to prevent the spread of AIDS," said Rev. Walter Humphrey, head pastor at Oakland's Moriah Christian Fellowship and chairman of the National Coalition of Clergy and Community Together, the group that will be sponsoring the Africa trip.

Modeled after an Oakland



coalition of pastors created by Harvey Smith, the National Coalition was formed two years ago to create a network of pastors in each state interested in programs that bring ownership and control to the communities nationwide.

The group, headed by Humphrey, has been working to build on the interest of senior project manager with the group, said the African AIDS epidemic cannot be ignored, even if the trip must be paid for out of pocket.

"AIDS is a huge issue in the African American community and in our motherland; it's something we can't ignore," said Jackson, who will be traveling and helping ex-offenders get job training and jobs.

During last election Humphrey and others traveled around the country in support of President Bush's re-election.

The Coalition has received no federal funding for it's trip to Africa, but Rusty Jackson, a Nigerian medical clinics is one of the causes of the rapid spread of the AIDS virus in the country.

"As one of the principal authors of the legislation dealing with the HIV/AIDS pandemic, I believe the faith community has a critical role to play in fighting the disease, and I commend the members of this del-

Jackson, adding that the group will "not necessarily" be handing out contraceptives.

What the pastors will be handing out are hypodermic needles and anti-retroviral drugs, according to Jackson.

The use of used needles in



will also hold the Bush administration accountable for failing to live up to their promise to adequately fund the Global Fund to fight HIV/AIDS, tuberculosis and malaria," she said.

Lee called on the president to follow up on a letter signed by influential black faith leaders, like Bishop T.D Jakes, calling on the Bush Administration to up aid and attention to the African continent.

But Humphrey said President Bush is taking an effective and unique approach to the African AIDS epidemic.

"He's not just throwing

---

**Nigeria**
Population: **129 million**
Infected with HIV/AIDS: **3.5 million**
Deaths from AIDS in 2003: **310,000**

**US**
Population: **296 million**
Infected with HIV/AIDS: **950,000**
Deaths from AIDS in 2003: **14,000**

Source: UNAIDS

tion's faith-based initiatives, which has made it easier for faith-based groups to receive federal funding for programs like feeding the poor

# Ex-Offenders Find Livable Wages With Church's Agape Trucking Co.



From left to right: Rev. Walter Humphrey, pastor, Mt. Moriah Christian Fellowship Baptist, Rev. Warren Dolphus, Chair Of National Association of Blacks in Criminal Justice and Keena Wallace, one of Agape's drivers.
Photo by Perenna Fleming

By Paul Cobb

Rev. Walter Humphrey says the trucking business is a good path to success for some who find it difficult to locate jobs due to prison records.

"Agape was created as a profit-making venture to give ex-offenders not only a job but the opportunity to own their own truck," said Rev. Humphrey as he climbed down from a large rig parked in front Mt. Moriah Christian Fellowship Baptist Church located at 34th Street and San Pablo faith-based jobs program, the Oakland Black Caucus and Grigsby and Associates will be announcing more new faith-based ventures in November, said Trask.

Jackson said one of Agape's goals is to recommend that all of its drivers contribute to a fund that will help drivers buy their own trucks. BAICLA and the Black Caucus are now working to help open doors to steady contracts with major shipping lines.

The successful examples of faith-based enterprise developments in Oakland will help BAICLA create a shared investment pool controlled by churches to provide financing for inner city business development. "When people own their work, they work to own. Ownership breeds dignity and respect," said Jackson.

# East Bay Leadership Group Leading the Country in Marriage and Family Strengthening Initiatives

According to Chris Gersten, deputy administrator for H&HS Administration for Children and Family, "The Bay Area Inner City Leadership Alliances Health Family Initiative, is demonstrating how local leaders can take the lead in showing the rest of the country how to address the vital issues of marriage and family strengthening."

Gersten is referring to the leadership efforts of Pastor Dion Evans of Chosen Vessels Christian Church, Pastor Walter Humphrey of Moriah Christian Fellowship and Bob Hawkins, president of the Institute for Contemporary Studies, all key leaders in the Bay Area Inner City Leadership Alliance, a new group committed to team leadership.

On February 11-13th BACILA through its Healthy Marriage Initiatives, lead by Pastor Evans, will hold a three day workshop lead by nationally recognized expert Dr. Josephine Hauer of the University of Bridgeport to certify pastors and community based leaders in marriage education. Over 100 leaders have signed up for the course and at the completion will be certified. Pastors or community leaders interested in participating can call Pastor Evans at (510)595-9896.

Dr. Lester Cannon, a strong supporter of the BACILA stated that "Having certified marriage educators in your church assures good health in our community's and church's marriages. It provides a forum for people who are having problems to open up and face their problems in order to "This seminar is the culmination of nine months of work developing an organization and programs to begin addressing the serious problem of African American marriage and family issues as well as other families in the inner city," stated Pastor Evans.



Rev. Herb Lusk, Jim Towey and Pastor Walter Humphrey.

In June of last year Pastors Evans, Humphrey and Bento Leal all of BACILA attended the Smart Marriages conference in Reno and in September they were invited by David Caprara, director of VISTA to attend and make presentations in Philadelphia at the conference on Family Strengthening Initiatives Addressing Inter-Generational Poverty.

At the Philadelphia conference plans were discussed to have BACILA sponsor a similar regional west coast conference in Oakland.

The plans have become a reality and on March 25 and 26 when BACILA in partnership with VISTA, the Administration for Children and Families, the Department of Justice will hold a two-day conference bring over 400 regional and East Bay faith and community leaders together at the Marriott Hotel in Oakland to discuss strategies and action plans to strength families and children.

"We choose Oakland because of the leadership and empowerment strategies that BAICLA has shown over the

Continued on page 9

## East Bay Leadership Group

**Continued from page 8**

last year. We have high hopes that they will lead the nation in new approaches that work," stated David Caprara director of VISTA.

Pastor Walter Humphrey stated that a kick off rally will take place at Moriah Christian Fellowship Church at 3354 San Pablo Ave in Oakland, at 7 p.m. on March 25, " to let our community know that new programs are coming to Oakland that bring hope for a better future." Six hundred people are expected to attend the kick off.

Pastor Evans said, "On Saturday the 27th we plan to host a community rally at Frank Ogawa Plaza in downtown Oakland. After these events we get down to the serious business of activating our network of 20 pastors and 14 community groups in the work of marriage and family education. We cannot build effective schools or productive neighborhoods,on the backs of broken families. A healthy family structure is the key to our future. Without it we have no future."

Bob Hawkins, president of the Institute for Contemporary Studies and a founding member of BACILA, applauds the cooperative leadership model being put forward by Pastors Evans, Humphrey and Daniel Stevens. "They are building a new leadership model based on teamwork, cooperation and empowerment, which will serve as a model for the rest of the country."

# Initiative to Strengthen Family and Marriage Can Help Children

## Faith-Based Groups, Working With HHS, Developing Support to Become Self-Sufficient

By Paul Cobb

According to information from the Center For Urban Black Studies (CUBS), African American couples that are high school graduates make less than 90% of their white counter parts.

Sadly African Americans have one of the lowest marriage rates in the United States, which affects their ability to compete economically and sometimes has a devastating effect on children raised by a single parent or in no parent foster homes.

The East Bay Inner City Leadership Alliance (EBICLA) is working with faith-based groups to strengthen marriages and families in order to lower crime rates and to instill the value of education.

"Young black boys who fear nothing often are rudderless, school drop outs who don't care about the consequences of their actions, need strong families to check and guide them," says Greg Hodge, president of the Oakland Unified School District Board. Hodge, an attorney and ordained minister, has participated in many disciplinary hearings that he knows could have been prevented if the children had stronger families and more supportive homes.

Elder D.J. Williams, pastor of Wings of Love Maranatha Ministries, says his church seeks to augment the family structure of youth in the East Oakland area by becoming the guardian for children who need direction. "If we don't address this issue now, with love, care and discipline we will be visiting our children and state the juvenile facilities and prisons," he says. "We must train up our children in the ways they should go, and, we can be assured that they won't depart from loving training."

Rev. Dion Evans called fourteen pastors together Thursday to seek ways to involve their congregants in a spirit-filled effort to bolster marriages and families. Rev. Evans, pastor of Chosen Vessels Church, is a lead pastor for EBICLA's Marriage and Family Strengthen program, which met at Mt. Moriah Christian Fellowship Baptist Church. Pastor Evans stated that he called these pastors together, "because we cannot empower ourselves or our communities without strong families."

The meeting at Moriah is the first step in EBICLA's efforts to assist inner city churches building Marriage and Family Strengthen ministries.

To prepare for this leadership role Pastor Evans led a delegation of pastors including Pastor Walter Humphrey and Rev. Ben Leal of the American Family Coalition to attend the three day, Marriage Strengthen conference held in Reno in June that was sponsored by the Administration for Children and Families of Health and Human Services (HHS) of the federal government.

"This conference opened our eyes to the need and opportunities to address one of the most pressing problems facing inner city Oakland," stated Pastor Walter Humphrey.

Pastor Chris Williams of Harvest Baptist Church and EBICLA's lead pastor for education, stated that" we simply cannot

Left to right: Rev. Antoine Miller, Rehoboth Christian Fellowship, Rev. Walter Humphrey, Rev. Nelson Davis, Greater New Mt. Hermon Baptist, George Matthews, Genesis, Bento Leal, American Family Coalition.

make progress in educating our children without rebuilding our families. That's why this effort is so critical to Oakland."

"The black church has always played a critical role in building and helping families stay together," stated Pastor Evans, "but we must now redouble our efforts because of devastating effect the break down of the black families is having on our children and our communities."

"Because of these concerns EBICLA has designated a marriage and family strengthen program as one of our core areas of focus because as the family goes so goes the community."

"We are therefore developing a Bay Area Healthy Marriage about how to build strong and lasting marriages," said Evans.

Pastor Dion Evans and Pastor Walter Humphrey are presently training and mentoring couples in their churches to teach and guide their congregants in preparation for marriage, making marriages healthy and strong, promoting good parenting and parenting skills and more parental involvement in their children's homework and teacher contacts. Referring to some churches, such as Allen Temple Baptist, they also note that many churches have been conducting marriage and family strengthening and counseling programs for many years. "Our mission is to get every church actively involved

lies," said Rev. Humphrey. Pastor Evans and this committee are working closely with the local office of HHS in laying out their plans. He said HHS is also advising the pastors on various funding opportunities that might be available to assist faith-based groups who want to develop action plans to accomplish their goals. "HHS-ACF is also advising us on various federal funding opportunities as they arise."

Gay Plair-Cobb, a member of the Alameda County Board of Education, which supervises the education of the children who are incarcerated in the Juvenile Hall Detention facilities said, "faith-based groups can play a major role in strengthening the home life and support networks for troubled youth. We must find ways to intervene to stop the cycle of violence, miseducation and homelessness." Plair-Cobb

Continued on page 9