EXHIBIT B TO DECLARATION OF PASTOR WALTER HUMPHREY



*To Walter Humphrey With best wishes,* [signature]





