1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Prince of Peace Baptist Church

*"The Church With His Presence"*
844 GARTH AVENUE
AKRON, OHIO 44320

PHONE 762-4997

JOHN MILTON BURRELL, *Pastor*
731 DIAGONAL ROAD
AKRON, OHIO 44320

PHONE 384-9677

October 8, 2004

Rev. Dr. Walter L. Humphrey
Moriah Christian Fellowship
Baptist Church
3354 San Pablo Avenue
Oakland, California 94608

Dear Pastor Humphrey. Greetings !

Greetings in Jesus name!

This is to inform you that October 4, 2004 at a bona fide meeting held by the membership of the Prince of Peace Baptist Church, you were given a life call as pastor, and the financial package was also accepted.

We are looking anxiously to you being here, Sunday, October 17, ~~200~~ 2005

May God continue to bless you and your lovely wife.

Yours in His service,

Prince of Peace Baptist Church

*[signature]*

Dolores Henderson, Clerk
Rev. Dr. John Milton Burrell, Pastor-Emeritus

RESOLUTION APPOINTING PASTOR WALTER L. HUMPHREY TO A LIFETIME TENURE, AND GIVING HIM DECISION MAKING AUTHORITY IN ALL CHURCH MATTERS.

BE IT RESOLVED THAT ON OCTOBER 4, 2004 THE OFFICERS, AND A MAJORITY OF THE MEMBERS OF THE PRINCE OF PEACE BAPTIST CHURCH HELD A MEETING FOR THE PURPOSE OF ELECTING WALTER L. HUMPHREY AS THEIR PASTOR.

BE IT FURTHER RESOLVED THAT ON OCTOBER 4, 2004 WALTER L. HUMPHREY WAS ELECTED TO THE POSITION OF PASTOR OF THE PRINCE OF PEACE BAPTIST CHURCH. HE WAS GIVEN A LIFETIME TENURE, AND DECISION MAKING AUTHORITY IN ALL CHURCH MATTERS.

WHEREAS, THE BIBLE STATES THAT PASTORS ARE GOD'S GIFT (EPHESIANS 4:8-13), AND THAT WE MUST OBEY THEM THAT WATCH FOR OUR SOULS AS THEY MUST GIVE AN ACCOUNT; AND

WHEREAS, WE STAND IN UNANIMOUS AGREEMNET THAT GOD HAS SET PASTOR HUMPHREY AS SHEPHARD TO THIS FLOCK

BE IT RESOLVED THAT PASTOR HUMPHREY HAS ABSOLUTE AUTHORITY TO APPOINT AND/OR REMOVE OFFICERS, AND TO DELEGATE TO SUCH OFFICERS THEIR DUTIES AND RESPONSIBILITIES, AND TO ESTABLISH AND/OR DISAESTABLISH MINISTRIES

BE IT FURTHER RESOLVED BY THE UNANIMOUS AGREEMENT OF THIS CHURCH THAT PASTOR HUMPHREY'S TENURE IS FOR LIFE. GOD HAS PLACED PASTOR WALTER L. HUMPHREY OVER THIS CONGREGATION AND ONLY GOD CAN REMOVE HIM FROM THE PASTORATE OFFICE.

BE IT ALSO RESOLVED THAT THE CHURCH UNANIMOUSLY AGREES, AND THAT IT SHALL BE ENTERED INTO THE HISTORICAL ANNALS OF THE CHURCH THAT WALTER L. HUMPHREY IS PASTOR FOR LIFE; THAT HE IS EMPOWERED BY THIS CHURCH TO REPRESENT IT, SIGN FOR IT, OBLIGATE IT, EXECUTE AND DELIVER INSTRUMENTS ON ITS BEHALF, ACT AS LEGAL AGENT, AND PERFORM ANY OTHER ACTS IN ITS NAME AS HE SEES FIT FOR THE REST OF HIS GOD-GIVEN LIFE

RESOLVED THAT THE CHURCH UNANIMOUSLY AGREES THAT, AS GOD'S MESSENGER TO THIS CHURCH, PASTOR HUMPHREY'S DECISION IS FINAL IN ALL THINGS AND WE SHALL OBEY HIS RULE ON CHURCH MATTERS IN ALL THINGS.

MOTIONED BY DEACON ROBERT RICHERSON, AND SECONDED BY DEACON WILEY McDERMOTT Jr. RESOLVED UPON UNANIMOUS CONSENT OF THE CHURCH BODY AT APPROXIMATELY 7:45 P.M. IN A CHURCH MEETING WHERE ALL LEADERS, AND A MAJORITY OF THE MEMBERS WERE PRESENT AT ALL TIMES ON THIS WEDNESDAY, APRIL 27, 2005. BY AGREEMENT OF THE CHURCH THIS RESOLUTION IS A BINDING CONTRACT UPON THE CHURCH, AND IS IRREVOCABLE IN NATURE.

Brother Moderator, I, Dolores Henderson, Secretary of the Prince Of Peace Baptist Church, has been given the responsibily to read the minutes of a call meeting of the official family of this chuch held Otober 4, 2004. — To ~~Discus~~ draw up a pastoral proposal. ~~After the~~

~~Bo~~ The first proposel was that of a life calling.

The Second was Pastoral Financeial Package.

The proposals were comfirmed by ~~The Body. Unamously.~~ The Official Body And Rev. Dr. J. M. Burrel Pastor Emeritus.

_Robert Richerson_
Chairperson - Deacons

_Russell Neal_
Chair Person - Trustee

Rev. J. M. Burrell
Pastor Emeritus

# PASTORAL PROPOSAL

## PASTORAL LIFE-TIME CALL

Church meeting scheduled for October 4, 2004, to confirm the appointment of Walter L. Humphrey for a life-time call to the Prince of Peace Baptist Church, 844 Garth Avenue, Akron, Ohio.

## FINANCIAL PACKAGE

| | |
|---|---:|
| Annual Salary | $62,400.00 |
| Household Expenses | |
|     Lights | 1,800.00 |
|     Gas | 3,630.00 |
|     Water & Trash | 780.00 |
|     Telephone | 2,500.00 |
|     Maintenance | 1,500.00 |
| Travel Expenses | |
|     Cooperative Bodies — National, State, and Local | 8,100.00 |
| Educational Continuation | |
|     Conferences, Seminars, etc. | 2,500.00 |
| Professional Expenses | 2,500.00 |
| **Total Financial Package** | **$85,710.00** |

*This total package is to be reviewed semi-annually and annually. It does not include love gifts and anniversary gifts.*