1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Prince of Peace Baptist Church

*"The Church With His Presence"*

844 Garth Avenue
Akron, Ohio 44320

Phone (330) 762 4997

Walter Lee Humphrey, Pastor

August 29, 2005

This is to certify that in April, 2005 Pastor Walter L. Humphrey loaned the Prince of Peace Baptist Church $9000.00 to be paid at the earliest convenience of the church.

It is his, Pastor Walter L. Humphrey's, request that should anything happen to impair his mental, or physical state the total amount of the loan be paid to his wife, Sharl Humphrey.

_____
Deacon Robert Richerson

_____
Deacon Gene P. McWain

_____
Deacon Sterling Shephard

_____
Geneva Hill

Subscribed and duly sworn to before me according to law by the above named signees this ___1st___ day of ___September___, 200_5_
At ___Summit___ County of ___Akron___
State of ___Ohio___

Russell New Sr.
7/18/2007

# Prince of Peace Baptist Church

*"The Church With His Presence"*

844 Garth Avenue

Akron, Ohio 44320

Phone (330) 762 4997

Walter Lee Humphrey, Pastor

August 29, 2005

It is the request of Pastor Walter L. Humphrey that should anything happen to impair his mental, or physical state all money in the maintenance account carrying the name of the Prince of Peace Baptist Church at FirstMerit Bank be forwarded to his wife, Sheri Humphrey.

_____
Deacon Robert Richerson

_____
Deacon Gene P. McWain

_____
Deacon Sterling Shephard

_____
Geneva Hill

Subscribed and duly sworn to before me according to law by the above named signees this _____1st_____ day of ___September___, 200_5_
At ___Summit___ County of ___Akron___
State of ___Ohio___.

Russell Neal Sr
7/18/2007