EXHIBIT E TO DECLARATION OF PASTOR WALTER HUMPHREY

# PASTOR WALTER HUMPHREY
## INSTALLATION SERVICES EXPENSES
### 20 - 26 SEPTEMBER 2005

| DATE 2005 | DESCRIPTION | AMOUNT | COMMENTS |
|---|---|---|---|
| 20-Sep | Airline Tickets | $ 1,032.00 | |
| 20-Sep | Hertz Rental Car | $ 470.42 | S. Humphrey* |
| 20-Sep | Holiday Inn 9/20 thru 9/22 | $ 436.80 | |
| 22-Sep | Four Points Sheraton 9/21 thru 9/26 | $ 1,798.05 | S. Humphrey* |
| | **Honorariums/Airline Tickets** | | |
| 21-Sep | Pastor Humphrey, Sr. | $ 715.00 | + Airfare |
| 22-Sep | Pastor Hartsfield | $ 1,050.00 | |
| 23-Sep | Pastor Collier | $ 1,070.00 | |
| 24-Sep | Pastor Emerson | $ 1,179.74 | + Hotel |
| 24-Sep | Ken Stewart Restaurant | $ 325.27 | S. Humphrey* |
| 26-Sep | Transportation (to/from airport Oakland/Ohio) $50 X 2 | $ 100.00 | |
| | Finance Charges - Sis Humphrey's Credit Card* Statement Attached | | |
| | Nov-05 | $ 38.00 | |
| | Dec-05 | $ 38.00 | |
| | Jan-06 | $ 38.56 | |
| | Feb-06 | $ 36.40 | |
| | Mar-06 | $ 37.34 | |
| | Apr-06 | $ 38.56 | |
| | **TOTAL EXPENSES** | **$ 8,404.14** | |

# Providian
*Providing More*

P.O. Box 660433, Dallas, TX 75266-0433
Indicate Change of Address Below (use blue or black ink)

| PAYMENT DUE DATE | MINIMUM PAYMENT | BALANCE AS OF 10/12/2005 | ACCOUNT NUMBER |
|---|---|---|---|
| 11/08/05 | $80.00 | $2,639.65 | |

Address: _____ Apt _____
City: _____ State: ____ Zip: _____
Home Phone: _____ Work Phone: _____
E-Mail: _____

AMOUNT ENCLOSED (use blue or black ink)
$ ☐☐☐☐☐.☐☐
N 000
Make Checks Payable to Washington Mutual

WASHINGTON MUTUAL CARD SERVICES
P.O. BOX 660487
DALLAS TX 75266-0487

SHARI A JACKSON
6401 SHELLMOUND ST APT 6205
EMERYVILLE CA 94608-1064

30270162

0008000  0263965  0010000  09

DETACH HERE

C   CDLR915D   6092   0181   B4G   7   051012   Page 1 of 2   N 000   30270162

### Important Messages

You are responsible for keeping track of your Account balance, including finance charges and fees. Check your Account balance regularly to ensure that it remains below your Credit Line. IF YOUR ACCOUNT BALANCE EXCEEDS YOUR CREDIT LINE AT ANY TIME, EVEN IF ONLY FOR ONE DAY, WE MAY CHARGE AN OVERLIMIT FEE OF $35.

FEDERAL TRUTH IN LENDING DISCLOSURES UPON RENEWAL OF ANNUAL FEE. SEE REVERSE FOR IMPORTANT INFORMATION.

Want some spending money? Use checks to access your credit line.

Your FICO credit score is a number between 300-850. Lenders know your score. Shouldn't you? Visit www.providian.com/myscore to see your FICO credit score today.

### Account Summary

| | | | | |
|---|---|---|---|---|
| Account Number | | Previous Balance | | $0.00 |
| Statement Date | 10/12/05 | Credits & Payments | − | $132.63 |
| Minimum Payment of $80.00 | due by 11/08/05 | Purchases & Other Charges | + | $2,772.28 |
| Credit Line | $15,050.00 | Cash Advances | + | $0.00 |
| Available Credit Line as of 10/12/05 | $12,410.35 | FINANCE CHARGE | + | $0.00 |
| Available Credit for Cash Advances as of 10/12/05 | $12,410.00 | NEW BALANCE | = | $2,639.65 |
| Days in Current Billing Cycle | 33 | | | |

### Transactions

| Date | Description | Amount |
|---|---|---|
| Sep 17 | MACY'S WEST #013    SAN LEANDRO  CA | $32.63 |
| Sep 23 | KEN STEWART'S GRILLE    AKRON    OH | $325.27 |
| Sep 26 | HERTZ RENT-A-CAR    CLEVELAND  OH | $470.42 |
| Sep 29 | FOUR POINTS HOTEL-AKRON AKRON  OH | $1,798.53 |
| Oct 03 | MACY'S WEST #021    RICHMOND  CA | $( 32.63) |
| Oct 03 | UNION 76    00464271    EMERYVILLE  CA | $25.35 |
| Oct 03 | OFFICE DEPOT #2299    EMERYVILLE  CA | $61.08 |
| Oct 05 | PAYMENT RECEIVED -- THANK YOU | $( 100.00) |
| Oct 12 | ANNUAL FEE | $59.00 |

FOR BILLING ERRORS AND IMPORTANT INFORMATION, SEE REVERSE SIDE.

Check Terms: Use of the attached check will constitute a cash advance charge against your credit account, which can't be past due and must have sufficient available credit (your available credit may be less if recently your credit line was lowered or a payment was returned). This check cannot be used to pay any Washington Mutual account (including Providian) and is void after 12/15/05. Returned check fee: $29. Finance charges accrue from the date each check is presented to us. Your non-promotional Standard Cash rate may vary and is currently 26.74%. If you are currently receiving a promotional Standard Cash rate, such rate will apply to this check for the duration of the promotional period. Overlimit fee: $35. When you use this check, we will charge a Cash Advance fee of 3% of the amount of the cash advance ($10 minimum), which is a one-time FINANCE CHARGE. Cash advance fees are added to the Purchase Balance and are subject to your APR for Purchases.