# Prince of Peace Baptist Church
*"The Church With His Presence"*
844 Garth Avenue
Akron, Ohio 44320

Phone (330) 762-4997

Walter Lee Humphrey, Pastor

## Pastor's Unpaid Compensation _____ 2004

| | Expenses | WK. 1 | WK. 2 | WK. 3 | WK. 4 | WK. 5 | Amt. Paid |
|---|---|---|---|---|---|---|---|
| June | $6,800.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 |
| July | $8,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| August | $6,800.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 |
| September | $6,800.00 | $1,000.00 | $0.00 | $0.00 | $0.00 | | $1,000.00 |
| October | $6,800.00 | $0.00 | $0.00 | $1,000.00 | $0.00 | | $1,000.00 |
| November | $6,800.00 | $0.00 | $0.00 | $0.00 | $1,000.00 | | $1,000.00 |
| December | $6,800.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 |

Total Pastor's Package for this Period   $49,300.00
Total Unpaid Pastor's Compensation   $46,300.00
Total Actual Payment   $3,000.00

Signed by _____ Title _____ Date 4-9-06
Signed by _____ Title Financial Adm Date 4/9/06
Signed by _____ Title Treasurer Date 4/9/06

# Prince of Peace Baptist Church
*"The Church With His Presence"*
844 Garth Avenue
Akron, Ohio 44320

Phone (330) 762 4997

Walter Lee Humphrey, Pastor

## Pastor's Unpaid Compensation 2005

| | Expense | WK. 1 | WK. 2 | WK. 3 | WK. 4 | WK. 5 | Amt. Paid |
|---|---|---|---|---|---|---|---|
| January | $8,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 |
| February | $6,800.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 |
| March | $6,800.00 | $0.00 | $3,000.00 | $0.00 | $0.00 | | $3,000.00 |
| April | $8,500.00 | $3,000.00 | $0.00 | $0.00 | $0.00 | | $3,000.00 |
| May | $6,800.00 | $1,700.00 | $0.00 | $3,400.00 | $1,700.00 | | $6,800.00 |
| June | $6,800.00 | $0.00 | $1,700.00 | $0.00 | $1,700.00 | | $3,400.00 |
| July | $8,500.00 | $1,700.00 | $0.00 | $1,700.00 | $0.00 | $1,700.00 | $5,100.00 |
| August | $6,800.00 | $1,700.00 | $0.00 | $0.00 | $1,700.00 | | $3,400.00 |
| September | $6,800.00 | $1,700.00 | $1,300.00 | $0.00 | $1,700.00 | | $3,700.00 |
| October | $6,800.00 | $0.00 | $0.00 | $700.00 | $0.00 | | $700.00 |
| November | $6,800.00 | $529.00 | $0.00 | $3,400.00 | $0.00 | | $3,929.00 |
| December | $6,800.00 | $3,400.00 | $1,700.00 | $1,700.00 | $0.00 | | $6,800.00 |

Pastor's Total Package  $85,000.00
Total Unpaid  $44,171.00
Total Actual Payment  $40,829.00

Signed by: [signature] Title: Deacon Date: 4-9-06
Signed by: [signature] Title: Financial Adm Date: 4/9/06
Signed by: [signature] Title: Treasurer Date: 4/9/06

# Prince of Peace Baptist Church
*"The Church With His Presence"*
244 Garth Avenue
Akron, Ohio 44320

Phone (330) 762 4997

Walter Lee Humphrey, Pastor

## Pastor's Unpaid Compensation _____ 2006

|          | Expenses   | WK. 1    | WK. 2     | WK. 3  | WK. 4     | WK. 5  | Amt. Paid  |
|----------|-----------|----------|-----------|--------|-----------|--------|------------|
| January  | $8,500.00 | $900.26  | $1,700.00 | $0.00  | $1,700.00 | $0.00  | $4,300.26  |

Total for Month         $4,300.00
Total Unpaid to Pastor  $4,199.74
Total Actual Payment    $4,300.00

Signed by _Wiley McDermott_ Title _V.P. Deacon_ Date _4/9/06_
Signed by _Ludosa Mubry_ Title _Financial Adm_ Date _4/9/06_
Signed by _Robert Thomas_ Title _Treasurer_ Date _4/9/06_



February 6, 2006

Pastor Walter L. Humphrey
Pastor, Prince of Peace Baptist Church
844 Garth Avenue
Akron, OH  44320

**RE:  Board of Trustees/Finance Committee**

Dear Pastor Humphrey:

    As you are no doubt aware, I was recently replaced as Chairman of the Board of Trustees in the Prince of Peace Baptist Church. Furthermore, I am resigning my position on the Finance Committee effective Tuesday, January 31, 2006.

    Mrs. Dolores Henderson, Gene P. McWain, and I removed our names as signers on the church account with First Merit Bank at the Highland Square branch effective on this date.

    Should you have any questions, please do not hesitate to contact the undersigned immediately.

Very truly yours,

Russel C. Neal

Cc:  First Merit Bank
    855 West Market Street
    Akron, OH  44303