WILLIAM E. WEISS (SBN 73108)
LAW OFFICES OF WILLIAM E. WEISS
130 Sutter Street, 7th Floor
San Francisco, California 94104
Telephone:    (415) 362-6765
Facsimile:    (415) 362-2405
Email:    weisslaw1@williameweiss.com

Attorneys for Defendant,
PRINCE OF PEACE BAPTIST CHURCH

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PASTOR WALTER HUMPHREY<br><br>    Plaintiff,<br><br>vs.<br><br>PRINCE OF PEACE BAPTIST CHURCH,<br>and DOES 1-25,<br><br>    Defendants. | Case No. C 07-02790 WHA<br><br>**DECLARATION OF DORIS BURRELL IN SUPPORT OF MOTION OF DEFENDANT PRINCE OF PEACE BAPTIST CHURCH'S MOTION TO DISMISS** |

I, Doris Burrell, declare:

I am making this declaration for the purpose of supporting the motion to dismiss the complaint. I have personal knowledge of the facts stated herein and if called as a witness could and would competently testify thereto.

That I was the wife and am now the widow of the late Rev. John Milton Burrell.

I founded the Prince of Peace Baptist Church with my husband in 1957 and have participated in its affairs and worshipped there since its inception. I am still active in its affairs.

I traveled to the San Francisco Bay Area in August of 2002 with my husband who was invited by Pastor Humphrey to speak at his church. I was present with my husband for all the conversations he had with the plaintiff at that time. At no time did my husband offer Pastor Humphrey a job at the Prince of Peace Church during that visit or attempt to recruit him for the

1
**DECLARATION OF DORIS BURREL IN SUPPORT OF MOTION OF DEFENDANT PRINCE OF PEACE BAPTIST CHURCH'S MOTION TO DISMISS - Case No. C 07-02790 WHA**

position of pastor. He mentioned that he might retire in a few years and the church would need a replacement but did not state he wanted Pastor Humphrey to have the job.

Rev. Walter Humphrey was elected by the Prince of Peace Baptist Church as co-pastor in December 2003 and was to become the pastor whenever Pastor Burrell decided to step down as Pastor, which occurred in June 2005. The Church had to elect him as Pastor after that, which was in the month of August 2005 after the death of Pastor Burrell. The negotiations for the job took place in our church in Akron Ohio - not in California.

Pastor Humphrey was to be the full time pastor and not divide his time between a church in California and Ohio.

Any pastor hired by the church must be hired pursuant to our constitution, which requires approval of the pulpit committee and then an election at a special meeting of the members. My husband was not empowered by the church constitution to hire someone on his own and did not do so in this case.

I declare under penalty of perjury pursuant to the law of the United States of America that the foregoing is true and correct and that this declaration was executed on November ___, 2007 at Akron, Ohio.

_____
Doris Burrell

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3
**DECLARATION OF DORIS BURREL IN SUPPORT OF MOTION OF DEFENDANT PRINCE OF PEACE BAPTIST CHURCH'S MOTION TO DISMISS - Case No. C 07-02790 WHA**