**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: November 29, 2007

Case No. C 07-02790 WHA

Title: PASTOR HUMPHREY v. PRINCE OF PEACE BAPTIST CHURCH

Plaintiff Attorneys: Dorothy Guillory

Defense Attorneys: William Weiss

Deputy Clerk: Dawn Toland

Court Reporter: Joan Columbini

**PROCEEDINGS**

1) Dft's Motion to Dismiss - HELD

2)

Continued to ___ for Further Case Management Conference

Continued to ___ for Pretrial Conference

Continued to ___ for Trial

**ORDERED AFTER HEARING:**