WILLIAM E. WEISS (SBN 73108)
LAW OFFICES OF WILLIAM E. WEISS
130 Sutter Street, 7th Floor
San Francisco, California 94104
Telephone:   (415) 362-6765
Facsimile:   (415) 362-2405

Attorney for Defendant,
*PRINCE OF PEACE BAPTIST CHURCH*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| REVEREND WALTER HUMPHREY,<br><br>    Plaintiff,<br><br>vs.<br><br>PRINCE OF PEACE BAPTIST CHURCH,<br><br>    Defendant. | Case No. C 07-02790<br><br>**DEFENDANT'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |

**PARTIES**

1.    Defendant admits the allegations contained in Paragraph 3 subpart a.

2.    Defendant admits the allegations contained in Paragraph 3 subpart b.

3.    Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 3 subpart c.

4.    Defendant denies the allegations contained in Paragraph 4 subpart a.

5.    Defendant denies the allegations contained in Paragraph 4 subpart b.

///

///

**DEFENDANT'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

## FACTS COMMON TO ALL CAUSES OF ACTION

6. Responding to Paragraph 5, defendant admits that Humphrey met Pastor Burrell at a city-wide revival in Ohio. However, defendant is without sufficient knowledge or information to form a belief as to the truth of the other allegations contained in Paragraph 5.

7. Defendant denies the allegations contained in Paragraph 6.

8. Defendant denies the allegations contained in Paragraph 7.

9. Defendant denies the allegations contained in Paragraph 8.

10. Defendant denies the allegations contained in Paragraph 9.

11. Defendant denies the allegations contained in Paragraph 10.

12. Defendant denies the allegations contained in Paragraph 11 and all its subparts

13. Defendant denies the allegations contained in Paragraph 12.

14. Defendant denies the allegations contained in Paragraph 13.

15. Defendant denies the allegations contained in Paragraph 14.

## FIRST STATE CAUSE OF ACTION
## BREACH OF CONTRACT

16. Defendant denies the allegations contained in Paragraph 16.

17. Defendant denies the allegations contained in Paragraph 17.

18. Defendant denies the allegations contained in Paragraph 18.

19. Defendant denies the allegations contained in Paragraph 19.

20. Defendant denies the allegations contained in Paragraph 20.

21. Defendant denies the allegations contained in Paragraph 21.

## SECOND STATE CAUSE OF ACTION
## COMMON COUNT – GOODS AND SERVICES RENDERED

22. Defendant denies the allegations contained in Paragraph 23.

23. Defendant denies the allegations contained in Paragraph 24.

24. Defendant denies the allegations contained in Paragraph 25.

25. Defendant denies the allegations contained in Paragraph 26.

### THIRD STATE CAUSE OF ACTION
### COMMON COUNT – OPEN BOOK ACCOUNT

26. Defendant denies the allegations contained in Paragraph 28.

27. Defendant denies the allegations contained in Paragraph 29.

28. Defendant denies the allegations contained in Paragraph 30.

29. Defendant denies the allegations contained in Paragraph 31.

### FOURTH STATE CAUSE OF ACTION
### COMMON COUNT – MONEY HAD AND RECEIVED

30. Defendant denies the allegations contained in Paragraph 33.

31. Defendant denies the allegations contained in Paragraph 34.

32. Defendant denies the allegations contained in Paragraph 35.

### FIFTH STATE CAUSE OF ACTION
### NONPAYMENT OF WAGES IN VIOLATION OF CALIFORNIA LABOR CODE

33. Defendant denies the allegations contained in Paragraph 37.

34. Defendant denies the allegations contained in Paragraph 38.

35. Defendant denies the allegations contained in Paragraph 39.

36. Defendant denies the allegations contained in Paragraph 40.

### RESPONSE TO PLAINTIFF'S PRAYER FOR RELIEF

Defendant denies that plaintiff is entitled to any of the damages sought in the prayer for relief. Further responding to Plaintiff's First Amended Complaint, defendant alleges as follows:

### AFFIRMATIVE DEFENSES

Defendant asserts the following affirmative defenses and reserves the right to amend its Answer as additional information becomes available:

**First Affirmative Defense**
**(Failure to State a Cause of Action)**

The complaint fails to state a claim upon which relief can be granted.

**Second Affirmative Defense**
**(Diversity Jurisdiction)**

The Court does not have diversity jurisdiction over this case under 28 U.S.C. section 1332.

**Third Affirmative Defense**
**(Personal Jurisdiction)**

The Court does not have personal jurisdiction over this case.

**Fourth Affirmative Defense**
**(Improper Venue):**

The Court is the improper venue in which to try this case.

**Fifth Affirmative Defense**
**(Breach):**

Plaintiff is barred from obtaining any relief and/or recovery of any damages for the reason that he breached the alleged contract and failed to perform.

**Sixth Affirmative Defense**
**(Unclean Hands):**

Plaintiff is barred from obtaining and relief and/or recovery of any damages under the doctrine of unclean hands.

**Seventh Affirmative Defense**
**(Fraud):**

Plaintiff is barred from obtaining any relief and/or recovery of any damages because he committed fraud in the formation and performance of the employment contract by promising to be pastor of defendant Prince of Peace Baptist Church when he never intended to serve there exclusively and in fact spent only seven percent of his time there.

**Eighth Affirmative Defense**
**(Consideration):**

Plaintiff is barred from obtaining any relief and/or recovery of any damages because there has been a failure of consideration which excuses defendant's obligation, if any, to perform under the alleged contract.

**Ninth Affirmative Defense**
**(Failure to Mitigate):**

Plaintiff's recovery is reduced or diminished by plaintiff's failure to mitigate damages.

**Tenth Affirmative Defense**
**(Waiver):**

Plaintiff is barred from obtaining any relief and/or recovery of any damages because he engaged in conduct that constituted a waiver of his rights under the alleged contract.

**Eleventh Affirmative Defense**
**(Equitable Estoppel):**

Plaintiff is barred from obtaining any relief and/or recovery of any damages under the doctrine of equitable estoppel.

**Twelfth Affirmative Defense**
**(Condition Precedent):**

Plaintiff is barred from obtaining any relief and/or recovery of any damages because he failed to satisfy the condition precedents of the alleged contract.

**Thirteenth Affirmative Defense**
**(Mutual Mistake):**

Plaintiff is barred from obtaining any relief and/or recovery of any damages because the claims and/or obligations created by alleged contract were unenforceable by reason of mutual mistake.

///

///

### Fourteenth Affirmative Defense
### (Assumption of Risk):

Plaintiff is barred from obtaining any relief and/or recovery of any damages because the claims and/or obligations created by the alleged contract were unenforceable because plaintiff assumed the risk involved in the transaction.

### Fifteenth Affirmative Defense
### (Contributory Negligence):

Plaintiff is barred from obtaining any relief and/or recovery of any damages because he failed to exercise for his own protection the proper care and precautions which a prudent person under the same and similar circumstances would have exercised and that if defendant committed any wrongful act at all the aforesaid conduct of plaintiff contributed to his alleged damages.

### PRAYER FOR RELIEF

WHEREFORE, Defendant prays for the following:

(a) Dismissal of the Complaint with prejudice;

(b) Judgment of Dismissal in favor of defendant;

(c) An award to Defendant of its attorney's fees, costs and disbursements incurred in this action;

(d) Such other and further relief as deemed just and proper by this Court; and

Date: December 24, 2007                LAW OFFICES OF WILLIAM E. WEISS

By:    /s/    WILLIAM E. WEISS
William E. Weiss
Attorney for Defendant
*PRINCE OF PEACE BAPTIST CHURCH*