DOROTHY D. GUILLORY
Attorney at Law, CSBN 114891
1271 Washington Avenue, #380
San Leandro, CA 94577
(510) 639-2959
Fax: (510) 639-2961

Attorney for Plaintiff
REVEREND WALTER HUMPHREY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REVEREND WALTER HUMPHREY, | Case No.: C-07-02790 |
| Plaintiff, | |
| vs. | STIPULATION TO EXTENSION OF DEADLINE TO MEDIATE AND REQUEST FOR COURT ORDER |
| PRINCE OF PEACE BAPTIST CHURCH, | |
| Defendant. | |

The parties, through their counsel of record, jointly declare as follows:

    1.    On September 20, 2007, the Court referred this case to mediation. Mediator Kristen W. Maloney was appointed on September 27, 2007.

    2.    Due to a series of events involving the filing of Defendants' Motion to Dismiss, the need to await the outcome of this motion, the substitution of Plaintiff's counsel, holiday vacation schedules and other conflicts, the parties did not mediate the case within 90 days of the Court's order.

    3.    The parties, through their respective counsel of record, stipulate to an extension of the deadline date to mediate from December 20, 2007 to March 14, 2008, under Civ. Local Rules

Joint Req. Ext. Mediate, p. 1

6-2, 16-2(d) and jointly ask the Court to grant this extension.

4. On January 16, 2008, counsel for the parties held a telephonic conference with Mediator Kristen W. Maloney and set a mediation date of March 6, 2008, provided that the Court approves this Stipulation.

5. There have been two prior requests for time modifications in this case. On July 23, 2007, Magistrate James Larson allowed counsel for Defendant Prince of Peace additional time to appear pro hac vice, and on November 13, 2007, the court granted Plaintiff Rev. Walter Humphrey's request for additional time to file an opposition to Defendant's motion to dismiss, based on the recent substitution of counsel.

6. The trial of this matter is set for September 22, 2008. The requested extension of the deadline date to mediate from December 20, 2007 to March 14, 2008, will not have an effect on the discovery deadline, pre-trial or trial dates, and could possibly obviate the necessity of trial.

We certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: January 16, 2008

*/s/ Dorothy D. Guillory*           */s/ William H. Weiss*

_____      _____

Attorney for Plaintiff               Attorney for Defendant

PURSUANT TO THE PARTIES' STIPULATION, AND FOR GOOD CAUSE SHOWN, THE COURT GRANTS THE PARTIES' REQUEST FOR AN EXTENSION OF THE DEADLINE TO MEDIATE FROM DECEMBER 20, 2007 TO MARCH 14, 2008.

Dated:   January 16, 2008.   _____
                              HON. WILLIAM H. ALSUP
                              U.S. DISTRICT COURT JUDGE

Joint Req. Ext. Mediate, p. 2