1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## Northern District of California

9 | Humphrey,

No. C 07-02790 WHA MED

10 | Plaintiff(s),

**Certification of ADR Session**

11 | v.

12 | Prince of Peace Baptist Church,

13 | Defendant(s).

*United States District Court
Northern District of California*

14 | *Instructions: The neutral shall submit this Certification to the ADR unit within 10 days after*

15 | *completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court*

16 | *file.*

17 | 1.   I hereby certify that the parties in this matter held a ☑ Mediation or ☐ ENE

18 |      session on (date) _3/6/08_____

19 | 2.   Did the case settle?     ☐ fully     ☐ partially   ☑ no

20 | 3.   If the case did not settle fully, is any follow-up contemplated?

21 |      ☐ another session scheduled for (date) _____

22 |      ☐ phone discussions expected by (date) _____

23 |      ☑ no

24 | **4.   IS THIS ADR PROCESS COMPLETED?**    ☑ YES    ☐ NO

25

26 | Dated: _____3/9/08_____     *Kristen W. Maloney*
**Mediator, Kristen W. Maloney**

27 | Law Offices of Kristen W. Maloney
14 Sunrise Hill Road

28 | Orinda, CA 94563

**Certification of ADR Session**
07-02790 WHA MED