DOROTHY D. GUILLORY
Attorney at Law, CSBN 114891
1271 Washington Avenue, #380
San Leandro, CA  94577
(510) 639-2959
Fax:  (510) 639-2961

Attorney for Plaintiff
PASTOR WALTER HUMPHREY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PASTOR WALTER HUMPHREY, | Case No.: C 07-02790 |
| Plaintiff, | PLAINTIFF'S NOTICE OF CHANGE IN E-MAIL ADDRESS |
| vs. | |
| PRINCE OF PEACE BAPTIST CHURCH, | |
| Defendant. | |

**PLEASE TAKE NOTICE** that the **e-mail address** of Plaintiff's counsel, Dorothy D. Guillory, has been **changed** from "guilloryd@sbcglobal.net" **to guildorothy@aol.com.** PACER has been updated accordingly, and opposing counsel has been notified.

Dated:  August 8, 2008

*/s/ Dorothy D. Guillory*

---

DOROTHY D. GUILLORY
Attorney for Plaintiff

1