1  WILLIAM E. WEISS (SBN 73108)
   LAW OFFICES OF WILLIAM E. WEISS
2  130 Sutter Street, 7th Floor
   San Francisco, California 94104
3  Telephone:   (415) 362-6765
   Facsimile:   (415) 362-2405
4
   Attorney for Defendant,
5  *PRINCE OF PEACE BAPTIST CHURCH*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REVEREND WALTER HUMPHREY, | ) Case No. C 07-02790 WHA |
| Plaintiff, | ) **DEFENDANT PRINCE OF PEACE** |
| vs. | ) **BAPTIST CHURCH'S MOTION IN** |
| | ) **LIMINE NUMBER TWO** |
| PRINCE OF PEACE BAPTIST CHURCH, | ) **TRAL DATE:** September 22, 2008 |
| | ) **TRIAL TIME:** 7:30 a.m. |
| Defendant. | ) **DEPARTMENT** Courtroom 9, on 19th fl. |

   This is a case essentially for breach of contract wherein plaintiff says he was not fully paid wages owed and various expenses for travel, educational seminars and religious conferences by the defendant Prince of Peace Baptist Church, which is located in Akron, Ohio.

   Defendant takes the position that it owes plaintiff nothing more than he was already paid as he was hired to work full time but soon after his hiring he returned to Oakland, California, to work as a pastor there. He showed up in Ohio from time to time and was eventually dismissed.

   The responses to Interrogatories # 12, 13, 14 and 15 are evasive and non responsive therefore any further answers should be excluded.

///

_____1_____
**DEFENDANT PRINCE OF PEACE BAPTIST CHURCH'S MOTION IN LIMINE NUMBER TWO**

**POINTS AND AUTHORITIES**

The court's SUPPLEMENTAL ORDER TO ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE IN CIVIL CASES BEFORE JUDGE WILLIAM ALSUP states in paragraph 13 as follows: "In responding to requests for documents and materials under FRCP 34, all parties shall *affirmatively state* in a written response the full extent to which they will produce materials and shall, promptly after the production, confirm in writing that they have produced all such materials so described that are locatable after a diligent search of *all* locations at which such materials might plausibly exist. It is not sufficient to state that "responsive" materials will be or have been produced. Such a response leaves open the distinct possibility that the other responsive materials have not been produced."

Paragraph 16 states: " Except for good cause, no item shall be received as case in chief evidence if the proponent has failed to produce it in response to a reasonable and proper discovery request covering the item, regardless of whether any discovery motion was made. A burden or overbreadth or similar objection shall not be a valid reason for withholding requested materials actually known to counsel or a party representative responsible for the conduct of the litigation."

**INTERROGATORIES IN ISSUE AND RESPONSES**

12. Give all dates you were present in Akron, Ohio for the years 2004 to the present.

Response: Plaintiff is unable to pinpoint each and every date that he was present in Akron, Ohio since 2004 but can only give an estimate.

Nothing further was ever stated. This goes to the defense that plaintiff did not appear at work regularly and to how much he should have been paid.

13. Identify all religious based conferences you attended for the years 2004 to 2007 inclusive giving the location of all said conferences.

1  Response: [P]laintiff responds that he will supplement this interrogatory to state the religious
2  based conferences he attended during the years 2004-2006 for which Prince of Peace owes him
3  travel, educational and professional development expenses.
4  Nothing further was ever stated and he should be prevented from introducing such evidence at
5  trial. How can defendant contest this claim without his schedule of where he went and what he
6  says is compensable?
7  14. Identify all religion based educational courses you took for the years 2004 to 2007 inclusive
8  giving the locations of said courses.
9  
10 Response: [P]laintiff responds that he will supplement this interrogatory to state the religious
11 based conferences he attended during the years 2004-2006 for which Prince of Peace owes him
12 travel, educational and professional development expenses.
13 Nothing further was ever stated and he should be prevented from introducing such evidence at
14 trial. How can defendant contest this claim without his schedule of where he went and what he
15 says is compensable?
16 
17 15. State all dates you lead religious services at Prince of Peace Baptist Church.
18 Response: Same response as #12 above. This response, repeated here is: Response: Plaintiff is
19 unable to pinpoint each and every date that he was present in Akron, Ohio since 2004 but can
20 only give an estimate.
21 Nothing further was ever stated. This goes to the defense that plaintiff did not appear at work
22 regularly and to how much he should have been paid.
23 
24 Date: August 12, 2008                               LAW OFFICES OF WILLIAM E. WEISS
25
26                                                    By:   /s/    WILLIAM E. WEISS
                                                            William E. Weiss
27                                                          Attorney for Defendant
                                                            *PRINCE OF PEACE BAPTIST CHURCH*
28

_____3_____
**DEFENDANT PRINCE OF PEACE BAPTIST CHURCH'S MOTION IN LIMINE NUMBER TWO**