WILLIAM E. WEISS (SBN 73108)
LAW OFFICES OF WILLIAM E. WEISS
130 Sutter Street, 7th Floor
San Francisco, California 94104
Telephone:    (415) 362-6765
Facsimile:    (415) 362-2405

Attorney for Defendant,
*PRINCE OF PEACE BAPTIST CHURCH*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REVEREND WALTER HUMPHREY, ) | Case No. C 07-02790 WHA |
| Plaintiff, ) | **DEFENDANT PRINCE OF PEACE BAPTIST CHURCH'S MOTION IN LIMINE NUMBER THREE** |
| vs. ) | |
| PRINCE OF PEACE BAPTIST CHURCH, ) | TRAL DATE:    September 22, 2008<br>TRIAL TIME:    7:30 a.m.<br>DEPARTMENT    Courtroom 9, on 19th fl. |
| Defendant. ) | |

This is a case essentially for breach of contract wherein plaintiff says he was not fully paid wages owed and various expenses for travel, educational seminars and religious conferences by the defendant Prince of Peace Baptist Church, which is located in Akron, Ohio.

Defendant takes the position that it owes plaintiff nothing more than he was already paid as he was hired to work full time but soon after his hiring he returned to Oakland, California to work as a pastor there. He showed up in Ohio from time to time and was eventually dismissed.

Plaintiff's basis for jurisdiction was based on the claim that a Pastor Burrell came out from Ohio and hired him and agreed that plaintiff would not be required to work full time in

_____1_____
**DEFENDANT PRINCE OF PEACE BAPTIST CHURCH'S MOTION IN LIMINE NUMBER THREE**

1  Ohio.

2  Such statements are hearsay and counsel should not be allowed to refer to any conversations in

3  her opening or at trial. Federal Rule of Evidence 802.

4  Date: August 12, 2008                    LAW OFFICES OF WILLIAM E. WEISS

5

6

7                                   By:    /s/        WILLIAM E. WEISS
                                           William E. Weiss
8                                          Attorney for Defendant
                                           *PRINCE OF PEACE BAPTIST CHURCH*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

―――――――――――――――2―――――――――――――――
**DEFENDANT PRINCE OF PEACE BAPTIST CHURCH'S MOTION IN LIMINE NUMBER THREE**