DOROTHY D. GUILLORY, ESQ. (SBN 114891)
1271 Washington Ave #380
San Leandro, CA 94577
Telephone:  (510) 639-2959
Facsimile:  (510) 639-2961

Attorney for Plaintiff,
*Pastor Walter Humphrey*

WILLIAM E. WEISS (SBN 73108)
LAW OFFICES OF WILLIAM E. WEISS
130 Sutter Street, 7th Floor
San Francisco, California 94104
Telephone:  (415) 362-6765
Facsimile:  (415) 362-2405

Attorney for Defendant,
*PRINCE OF PEACE BAPTIST CHURCH*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| REVEREND WALTER HUMPHREY,<br><br>    Plaintiff,<br><br>vs.<br><br>PRINCE OF PEACE BAPTIST CHURCH,<br><br>    Defendant. | Case No. C 07-02790 WHA<br><br>**JOINT PRETRIAL DISCLOSURE**<br><br>**PRE TRIAL CONFERENCE**<br>**DATE:**   September 8, 2008<br>**TIME:**   2:00 p.m.<br>**PLACE:**  Courtroom 9, on 19th fl. |

    The parties, having met and conferred, file this joint pretrial disclosure regarding witnesses and documents disclosed as required by FRCivP 26.

    All documents listed as joint exhibits, attached to the pretrial statement as appendix A and all documents set forth on each party's separate exhibit list have been disclosed and exchanged.

———————————————————————1———————————————————————

**JOINT PRETRIAL DISCLOSURE**

All witnesses were disclosed except that defendant listed seven witnesses in the draft pretrial statement that were not previously disclosed. They are as follows: Rev. Humphrey's ex-wife, Claudia Humphrey, Wanda Pruitt, Eileen Hardware, Steven Porter, Mia Medlin, Keisha Bishop, and a former Associate Pastor of Moriah, Chris Williams.

Defendant's position is that these people are impeachment witnesses and need not have been disclosed at all but were included nevertheless in the interest of cooperation. Plaintiff objects to these witnesses being called on the basis that they were not previously disclosed. Evidentiary objections are not included herein as they are not the subject of FrCivP 26 regarding pretrial disclosures.

All witnesses that will be called otherwise are included on appendix B and C which list witnesses for each party respectively.

The initial pretrial disclosures will be filed by the parties. The appendixes are attached to the pretrial statement as set forth above.

DATED: September 2, 2008

By:   /s/ Dorothy Davis Guillory
      Dorothy Davis Guillory, Esq.
      Attorney for Plaintiff
      *REVEREND WALTER HUMPHREY*

DATED: September 2, 2008          LAW OFFICES OF WILLIAM E. WEISS

By:   /s/ William E. Weiss
      William E. Weiss
      Attorney for Defendant
      *PRINCE OF PEACE BAPTIST CHURCH*

2

**JOINT PRETRIAL DISCLOSURE**