## APPENDIX A:  STIPULATED EXHIBIT LIST

| EXHIBIT # | DESCRIPTION OF EXHIBIT | Offered | Received | Limitations |
|---|---|---|---|---|
| 001 | 2/3/04 Cancelled check from Walter Humphrey to Moriah | | | |
| 002 | 2/20/04 Letter to Rev. Humphrey fr/Rev. Dr. Milton Burrell & Delores Henderson | | | |
| 003 | Excerpts from 5/2/04 47th Burrell Anniversary and Retirement Program | | | |
| 004 | 9/21/04 Installation Services Program | | | |
| 005 | 10/4/04 Minutes of Church Officers by Delores Henderson | | | |
| 006 | 10/8/04 Letter to Rev. Humphrey fr. Delores Henderson | | | |
| 007 | 1/20/05 Cancelled check to Moriah from Walter Humphrey | | | |
| 008 | 3/05 Minutes of Church Officers re raising $50,000 to relocate | | | |
| 009 | 4/27/05 Resolution Appointing Rev. Humphrey to Lifetime Tenure | | | |
| 010 | 5/25/05 Check fr Walter Humphrey to Moriah | | | |
| 011 | 5/28/05 Wire Transfer of $9,000 and Certification | | | |
| 012 | 8/8/05 Payroll Advance to Geneva Hill | | | |
| 013 | 8/26/05 $100,000 Wire Transfer to Prince of Peace | | | |
| 014 | 8/29/05 Certification re loan repayment to Shari Humphrey | | | |
| 015 | 9/8/05 Cancelled Check to Pastor Chris Williams for honorarium | | | |
| 016 | 9/21/05 Cancelled Check to Dr. Gordon A. Humphrey, Sr. | | | |
| 017 | 9/23/05 Cancelled Check to Dr. Wallace Hartsfield | | | |
| 018 | 9/23/05 Check to Pleasant Green for airfare | | | |
| 019 | 9/23/05 Cancelled Check to Dr. Jarvis Collier | | | |

| EXHIBIT # | DESCRIPTION OF EXHIBIT | Offered | Received | Limitations |
|---|---|---|---|---|
| 020 | 11/6/05 Cancelled Check to Dr. A.B. Emerson | | | |
| 021 | 11/8/05 Providian/ Washington Mutual Card Services Bill For Shari Humphrey & Expense Tally | | | |
| 022 | 9/25/05 Installation Services Program | | | |
| 023 | 10/6/05 Cole European down-payment cancelled check | | | |
| 024 | 2005 1099 issued by Prince of Peace to Rev. Humphrey | | | |
| 025 | 3/24/06 Check from Walter Humphrey to Moriah | | | |
| 026 | 7/15/06 Check returning $76,000 to Moriah | | | |
| 027 | 2006 1099 issued by Prince of Peace to Rev. Humphrey | | | |
| 028 | AMEX Statement re travel to Ohio | | | |
| 029 | Crowne Plaza Bill for Hotel Stay | | | |
| 030 | Amended 1099 issued in 2008 | | | |
| 031 | "Prince of Peace Missionary Baptist Church Constitution" Revised/ Ratified 1/18/2008 <br> <u>Total Pages</u>: 10 | | | |
| 032 | State of Ohio "Certificate of Continued Existence" for Prince of Peace Baptist Church - Document No. 200527703968 <br> <u>Total Pages</u>: 1 | | | |
| 033 | Prince of Peace Baptist Church "Receipt and Certificate No. 10950" certifying that Articles of Incorporation received on June 23, 1960 <br> <u>Total Pages</u>: 1 | | | |
| 034 | "Articles of Incorporation of Prince of Peace Baptist Church" <br> <u>Total Pages</u>: 2 | | | |
| 035 | "Original Appointment of Agent Ohio Corporation" for Prince of Peace Baptist Church;  Executed on June 8, 1960 <br> <u>Total Pages</u>: 2 | | | |

| EXHIBIT # | DESCRIPTION OF EXHIBIT | Offered | Received | Limitations |
|---|---|---|---|---|
| 036 | From: Prince of Peace Baptist Church<br>To: Walter Humphrey<br>Re: Pastor proposal indicating total financial package of $85,710.00<br><u>Total Pages</u>: 1 | | | |
| 037 | Date: October 8, 2004<br>From: Prince of Peace Baptist Church<br>To: Walter Humphrey<br>Re: Indicating acceptance as pastor and financial package<br><u>Total Pages</u>: 1 | | | |
| 038 | Date: April 29, 2008<br>From:  Dolores Henderson of Prince of Peace Baptist Church<br>Re: Indicating letter attached (from Prince of Peace Baptist Church to Walter Humphrey on October 8, 2004) is a bad copy<br><u>Total Pages</u>: 1 | | | |
| 039 | Date: January 10, 2006<br>From: Prince of Peace Baptist Church<br>To: Walter L. Humphrey<br>Re: Pastoral Maintenance Proposal + Maintenance Package of $85,710<br><u>Total Pages</u>: 1 | | | |
| 040 | Payor: Prince of Peace Baptist Church<br>Payee: Walter Humphrey<br>Non-employee compensation: $163,990.98<br><u>Total Pages</u>: 1 | | | |
| 041 | Payor: Prince of Peace Baptist Church<br>Payee: Walter Humphrey<br>Non-employee compensation: $51,892.95<br><u>Total Pages</u>: 1 | | | |
| 042 | June 15, 2005 to June 30, 2005<br> Prince of Peace Baptist Church First Merit Statement<br><u>Total Pages</u>: 2 | | | |
| 043 | August 1, 2005 to August 31, 2005<br>Prince of Peace Baptist Church FirstMerit Statement<br><u>Total Pages</u>: 2 | | | |
| 044 | September 1, 2005 to September 30, 2005<br> Prince of Peace Baptist Church FirstMerit Statement<br><u>Total Pages</u>: 1 | | | |

| EXHIBIT # | DESCRIPTION OF EXHIBIT | Offered | Received | Limitations |
|---|---|---|---|---|
| 045 | October 1, 2005 to October 31, 2005<br> Prince of Peace Baptist Church FirstMerit Bank Statement<br><u>Total Pages</u>: 3 | | | |
| 046 | November 1, 2005 to November 30, 2005<br>Prince of Peace Baptist Church FirstMerit Bank Statement<br><u>Total Pages</u>: 2 | | | |
| 047 | December 1, 2005 to December 31, 2005<br>Prince of Peace Baptist Church FirstMerit Bank Statement<br><u>Total Pages</u>:  2 | | | |
| 048 | January 1, 2006 to January 31, 2006<br>Prince of Peace Baptist Church FirstMerit Bank Statement<br><u>Total Pages</u>: 2 | | | |
| 049 | February 1, 2006 to February 28, 2006<br> Prince of Peace Baptist Church FirstMerit Bank Statement<br><u>Total Pages</u>: 2 | | | |
| 050 | March 1, 2006 to March 31, 2006<br>Prince of Peace Baptist Church FirstMerit Bank Statement<br><u>Total Pages</u>: 2 | | | |
| 051 | April 1, 2006 to April 30, 2006<br>Prince of Peace Baptist Church FirstMerit Bank Statement<br><u>Total Pages</u>: 3 | | | |
| 052 | May 1, 2006 to May 31, 2006<br>Prince of Peace Baptist Church FirstMerit Bank Statement<br><u>Total Pages</u>: 2 | | | |
| 053 | June 1, 2006 to June 30, 2006<br> Prince of Peace Baptist Church FirstMerit Bank Statement<br><u>Total Pages</u>: 3 | | | |

| EXHIBIT # | DESCRIPTION OF EXHIBIT | Offered | Received | Limitations |
|---|---|---|---|---|
| 054 | July 1, 2006 to July 31, 2006<br>Prince of Peace Baptist Church FirstMerit Bank Statement<br><u>Total Pages</u>: 3 | | | |
| 055 | September 1, 2006 to September 30, 2006<br>Prince of Peace Baptist Church FirstMerit Bank Statement<br><u>Total Pages</u>: 2 | | | |
| 056 | October 1, 2006 to October 31, 2006<br>Prince of Peace Baptist Church FirstMerit Bank Statement<br><u>Total Pages</u>: 3 | | | |
| 057 | **Check No. 1020**<br>Date: 9/3/05<br>From: "Prince of Peace Baptist Church Maintenance Account"<br>To: "<u>Emery Bay</u>"<br>Amount: $1,575.00<br><u>Total Pages</u>:  1 | | | |
| 058 | **Check 1022**<br>Date: 8/29/05<br>From:  "Prince of Peace Baptist Church Maintenance Account"<br>To:  "<u>Hunt Club</u>"<br>Amount: $125.00<br><u>Total Pages</u>: 1 | | | |
| 059 | **Check 1023**<br>Date: 9/4/05<br>From: "Prince of Peace Baptist Church Maintenance Account"<br>To "<u>Prince of Peace</u>"<br>Amount: $100.00<br><u>Total Pages</u>: 1 | | | |
| 060 | **Check 1024**<br>Date: 9/4/05<br>From: "Prince of Peace Baptist Church Maintenance Account"<br>To: "<u>Prince of Peace</u>"<br>Amount: $160.00<br><u>Total Pages</u>: 1 | | | |

| EXHIBIT # | DESCRIPTION OF EXHIBIT | Offered | Received | Limitations |
|---|---|---|---|---|
| 061 | **Check 1025**<br>Date: 9/6/05<br>From: "Prince of Peace Baptist Church Maintenance Account"<br>To: "MT Zion B.C."<br>Amount: $500.00<br>Total Pages: 1 | | | |
| 062 | **Check 1027**<br>Date: 9/18/05<br>From: "Prince of Peace Baptist Church Maintenance Account"<br>To: "Moriah"<br>Amount: $50.00<br>Total Pages: 1 | | | |
| 063 | **Check 1028**<br>Date: 9/19/05<br>From: "Prince of Peace Baptist Church Maintenance Account"<br>To: "Shari A. Humphrey"<br>Amount: $500.00<br>Total Pages: 1 | | | |
| 064 | **Check 1029**<br>Date: 9/19/05<br>From: "Prince of Peace Baptist Church Maintenance Account"<br>To: "Shari A. Humphrey"<br>Amount: $60.00<br>Total Pages: 1 | | | |
| 065 | **Check 1031**<br>Date: 9/18/05<br>From: "Prince of Peace Baptist Church Maintenance Account"<br>To: "Sunry Piedmont"<br>Amount: $62.75<br>Total Pages: 1 | | | |
| 066 | **Check No. 1035**<br>Date: 9/25/05<br>From: "Prince of Peace Baptist Church Maintenance Account"<br>To: "Prince of Peace"<br>Amount: $100.00<br>Total Pages: 1 | | | |

| EXHIBIT # | DESCRIPTION OF EXHIBIT | Offered | Received | Limitations |
|---|---|---|---|---|
| 067 | **Check 1036**<br>Date: 10/5/05<br>From: "Prince of Peace Baptist Church Maintenance Account"<br>To: "Cash"<br>Amount: $1,000.00<br>Total Pages: 1 | | | |
| 068 | **Check 1037**<br>Date: 10/6/05 from<br>From: "Prince of Peace Baptist Church Maintenance Account"<br>To: "Shari A. Humphrey"<br>Amount: $500.00<br>Total Pages: 1 | | | |
| 069 | **Check 1038**<br>Date: 10/6/05<br>From: "Prince of Peace Baptist Church Maintenance Account"<br>To: "Cole European"<br>Amount: $20,000.00<br>Total Pages: 1 | | | |
| 070 | **Check 1039**<br>Date: 10/13/05<br>From: "Prince of Peace Baptist Church Maintenance Account"<br>To: "Cash"<br>Amount: $1,000.00<br>Total Pages: 1 | | | |
| 071 | **Check 1040**<br>Date: 10/29/05<br>From: "Prince of Peace Baptist Church Maintenance Account"<br>To: "Alfonso Ron Boulware"<br>Amount: $50.00<br>Total Pages: 1 | | | |
| 072 | **Check 1041**<br>Date: 11/6/05<br>From: "Prince of Peace Baptist Church Maintenance Account"<br>To: "Dr. Leon McDaniels"<br>Amount: $550.00<br>Total Pages: 1 | | | |

| EXHIBIT # | DESCRIPTION OF EXHIBIT | Offered | Received | Limitations |
|---|---|---|---|---|
| 073 | **Check 1043**<br>Date: 11/11/05<br>From: "Prince of Peace Baptist Church Maintenance Account"<br>To: "Samuel Blakes"<br>Amount: $1,000.00<br>Total Pages: 1 | | | |
| 074 | **Check 1044**<br>Date: 11/11/05<br>From: "Prince of Peace Baptist Church Maintenance Account"<br>To: "Sunny Piedmont Cleaners"<br>Amount: $125.00<br>Total Pages: 1 | | | |
| 075 | **Check 1045**<br>Date: 11/13/05<br>From: "Prince of Peace Baptist Church Maintenance Account"<br>To: "Prince of Peace"<br>Amount: $400.00<br>Total Pages: 1 | | | |
| 076 | **Check 1046**<br>Date: 12/18/05<br>From: "Prince of Peace Baptist Church Maintenance Account"<br>To: "Prince of Peace"<br>Amount: $400.00<br>Total Pages: 1 | | | |
| 077 | **Check 1047**<br>Date: 12/25/05<br>From: "Prince of Peace Baptist Church Maintenance Account"<br>To: "Prince of Peace"<br>Amount: $100.00<br>Total Pages: 1 | | | |
| 078 | **Check 1049**<br>Date: 1/6/06<br>From: "Prince of Peace Baptist Church Maintenance Account"<br>To: "Jimmy Limolise"<br>Amount: $1,336.00<br>Total Pages: 1 | | | |

| EXHIBIT # | DESCRIPTION OF EXHIBIT | Offered | Received | Limitations |
|---|---|---|---|---|
| 079 | **Check: No number**<br>Dated: 2/19/06<br>From: "Prince of Peace Baptist Church Maintenance Account"<br>To:  "Prince of Peace"<br>Amount: $100.00<br>Total Pages: 1 | | | |
| 080 | **Check: No number**<br>Date: 2/19/06<br>From: "Prince of Peace Baptist Church Maintenance Account"<br>To: "Prince of Peace"<br>Amount: $240.00<br>Total Pages: 1 | | | |
| 081 | **Check: No number**<br>Dated: 2/21/06<br>From: "Prince of Peace Baptist Church Maintenance Account"<br>To: "Shari A. Humphrey"<br>Amount: $2,000.00<br>Total Pages: 1 | | | |
| 082 | **Check: No number**<br>Date: 2/26/06<br>From: "Prince of Peace Baptist Church Maintenance Account"<br>To: "Prince of Peace"<br>Amount: $200.00<br>Total Pages: 1 | | | |
| 083 | **Check: No number**<br>Date: 2/27/06<br>From: "Prince of Peace Baptist Church Maintenance Account"<br>To: "Akron Baptist Minister Co."<br>Amount: $50.00<br>Total Pages: 1 | | | |
| 084 | **Check 1052**<br>Date: 3/22/06<br>From: "Prince of Peace Baptist Church Maintenance Account"<br>To "Sunny Piedmont"<br>Amount: $65.00<br>Total Pages: 1 | | | |

| EXHIBIT # | DESCRIPTION OF EXHIBIT | Offered | Received | Limitations |
|---|---|---|---|---|
| 085 | **Check 1053**<br>Date: 3/13/06<br>From: "Prince of Peace Baptist Church Maintenance Account"<br>To: "Pastor LeBeau"<br>Amount: $1,700.00<br>Total Pages: 1 | | | |
| 086 | **Check 1054**<br>Date: 3/13/06<br>From: "Prince of Peace Baptist Church Maintenance Account"<br>To: "Crown Body Shop"<br>Amount: $500.00<br>Total Pages: 1 | | | |
| 087 | **Check 1055**<br>Date: 3/24/06<br>From: "Prince of Peace Baptist Church Maintenance Account"<br>To: "Moriah Christian Fellowship"<br>Amount: $5,000.00<br>Total Pages: 1 | | | |
| 088 | **Check 1056**<br>Date: 3/24/06<br>From: "Prince of Peace Baptist Church Maintenance Account"<br>To: "Cash"<br>Amount: $500.00<br>Total Pages: 1 | | | |
| 089 | **Check 1057**<br>Date: 4/2/06<br>From: "Prince of Peace Baptist Church Maintenance Account"<br>To: "Prince of Peace"<br>Amount: $700.00<br>Total Pages: 1 | | | |
| 090 | **Check 1058**<br>Date: 4/25/06<br>From: "Prince of Peace Baptist Church Maintenance Account"<br>To: "Dina LeBeau"<br>Amount: $1,160.00<br>Total Pages: 1 | | | |

| EXHIBIT # | DESCRIPTION OF EXHIBIT | Offered | Received | Limitations |
|---|---|---|---|---|
| 091 | **Check 1059**<br>Date: 5/12/06<br>From: "Prince of Peace Baptist Church Maintenance Account"<br>To: "Cool Shades"<br>Amount: $217.00<br>Total Pages: 1 | | | |
| 092 | **Check 1060**<br>Date: 5/14/06<br>From: "Prince of Peace Baptist Church Maintenance Account"<br>To: "Prince of Peace"<br>Amount: $300.00<br>Total Pages: 1 | | | |
| 093 | **Check 1061**<br>Date: 5/21/06<br>From: "Prince of Peace Baptist Church Maintenance Account"<br>To: "Cornerstone Baptist Church"<br>Amount: $1,000.00<br>Total Pages: 1 | | | |
| 094 | **Check 1062**<br>Date: 5/25/06<br>From: "Prince of Peace Baptist Church Maintenance Account"<br>To: "Cash"<br>Amount: $2,500.00<br>Total Pages: 1 | | | |
| 095 | **Check 1064**<br>Date: 5/25/06<br>From: "Prince of Peace Baptist Church Maintenance Account"<br>To: "Cash"<br>Amount: $3,500.00<br>Total Pages: 1 | | | |
| 096 | **Check 1065**<br>Date: 5/26/06<br>From: "Prince of Peace Baptist Church Maintenance Account"<br>To: "Import Motors"<br>Amount: $410.87<br>Total Pages: 1 | | | |

| EXHIBIT # | DESCRIPTION OF EXHIBIT | Offered | Received | Limitations |
|---|---|---|---|---|
| 097 | **Check 1066**<br>Date: 6/4/06<br>From: "Prince of Peace Baptist Church Maintenance Account"<br>To: "Prince of Peace"<br>Amount: $200.00<br>Total Pages: 1 | | | |
| 098 | **Check 1067**<br>Date: 6/4/06<br>From: "Prince of Peace Baptist Church Maintenance Account"<br>To: "Prince of Peace"<br>Amount: $340.00<br>Total Pages: 1 | | | |
| 099 | **Check 1068**<br>Date: 5/9/06<br>From: "Prince of Peace Baptist Church Maintenance Account"<br>To: "Harvey Garalan"<br>Amount: $150.00<br>Total Pages: 1 | | | |
| 100 | **Check 1069**<br>Date: 6/11/06<br>From: "Prince of Peace Baptist Church Maintenance Account"<br>To: "Prince of Peace"<br>Amount: $70.00<br>Total Pages: 1 | | | |
| 101 | **Check 1070**<br>Date: 3/12/06<br>From: "Prince of Peace Baptist Church Maintenance Account"<br>To: "Harvey Garalan"<br>Amount: $150.00<br>Total Pages: 1 | | | |
| 102 | **Check 1071**<br>Date: 6/16/06<br>From: "Prince of Peace Baptist Church Maintenance Account"<br>To: "Victor Pendrak"<br>Amount: $995.00<br>Total Pages: 1 | | | |

| EXHIBIT # | DESCRIPTION OF EXHIBIT | Offered | Received | Limitations |
|---|---|---|---|---|
| 103 | **Check 1072**<br>Date: 6/19/06<br>From: "Prince of Peace Baptist Church Maintenance Account"<br>To: "Donald Amamgbo Esq"<br>Amount: $5,000.00<br>Total Pages: 1 | | | |
| 104 | **Check 1073**<br>Date: 6/26/06<br>From: "Prince of Peace Baptist Church Maintenance Account"<br>To: "Cash"<br>Amount: $700.00<br>Total Pages: 1 | | | |
| 105 | **Check 1074**<br>Date: 7/3/05<br>From: "Prince of Peace Baptist Church Maintenance Account"<br>To: "Cash"<br>Amount: $500.00<br>Total Pages: 1 | | | |
| 106 | **Check 1075**<br>Date: 7/5/06<br>From: "Prince of Peace Baptist Church Maintenance Account"<br>To: "Wilschon Designs"<br>Amount: $125.00<br>Total Pages: 1 | | | |
| 107 | **Check 1076**<br>Date: 7/6/06<br>From: "Prince of Peace Baptist Church Maintenance Account"<br>To: "Cash"<br>Amount: $500<br>Total Pages: 1 | | | |
| 108 | **Check 1077**<br>Date: 7/9/06<br>From: "Prince of Peace Baptist Church Maintenance Account"<br>To: "Prince of Peace"<br>Amount: $170.00<br>Total Pages: 1 | | | |

| EXHIBIT # | DESCRIPTION OF EXHIBIT | Offered | Received | Limitations |
|---|---|---|---|---|
| 109 | **Check 1078**<br>Date: 7/9/06<br>From: "Prince of Peace Baptist Church Maintenance Account"<br>To: "Prince of Peace"<br>Amount: $100.00<br>Total Pages: 1 | | | |
| 110 | **Check 1080**<br>Date: 7/15/06<br>From: "Prince of Peace Baptist Church Maintenance Account"<br>To: "Cash"<br>Amount: $200.00<br>Total Pages: 1 | | | |
| 111 | **Check 1081**<br>Date: 7/27/06<br>From: "Prince of Peace Baptist Church Maintenance Account"<br>To: "Cash"<br>Amount: $700.00<br>Total Pages: 1 | | | |
| 112 | **Check 1082**<br>Date: 7/31/06<br>From: "Prince of Peace Baptist Church Maintenance Account"<br>To: "Cash"<br>Amount: $1,500.00 | | | |
| 113 | **Check 1083**<br>Date: 7/31/06<br>From: "Prince of Peace Baptist Church Maintenance Account"<br>To: "Prince of Peace"<br>Amount: $200.00<br>Total Pages: 1 | | | |
| 114 | **Check 1084**<br>Date: 8/12/06<br>From: "Prince of Peace Baptist Church Maintenance Account"<br>To: "Cash"<br>Amount: $500.00<br>Total Pages: 1 | | | |

| EXHIBIT # | DESCRIPTION OF EXHIBIT | Offered | Received | Limitations |
|---|---|---|---|---|
| 115 | **Check 1085**<br>Date: 8/06<br>From: "Prince of Peace Baptist Church Maintenance Account"<br>To: "Hercules Clea<br>Total Pages: 1 | | | |
| 116 | **Check 1086**<br>Date: 8/19/06<br>From: "Prince of Peace Baptist Church Maintenance Account"<br>To: "Cash"<br>Amount: $500.00<br>Total Pages: 1 | | | |
| 117 | **Check 1087**<br>Date: 8/31/06<br>From: "Prince of Peace Baptist Church Maintenance Account"<br>To: "Willie Webstes"<br>Amount: $500.00<br>Total Pages: 1 | | | |
| 118 | **Check 1088**<br>Date: 8/3/06<br>From: "Prince of Peace Baptist Church Maintenance Account"<br>To: "Cash"<br>Amount: $300.00<br>Total Pages: 1 | | | |
| 119 | **Check 1089**<br>Date: 9/9/06<br>From: "Prince of Peace Baptist Church Maintenance Account"<br>To: "Cash"<br>Amount: $700.00<br>Total Pages: 1 | | | |
| 120 | **Check 1090**<br>Date: 9/12/06<br>From: "Prince of Peace Baptist Church Maintenance Account"<br>To: "Cash"<br>Amount: $700.00<br>Total Pages: 1 | | | |

| EXHIBIT # | DESCRIPTION OF EXHIBIT | Offered | Received | Limitations |
|---|---|---|---|---|
| 121 | **Check 1091**<br>Date: 9/18/06<br>From: "Prince of Peace Baptist Church Maintenance Account"<br>To: "Cash"<br>Amount: $300.00<br>Total Pages: 1 | | | |
| 122 | **Check 1092**<br>Date: 9/27/06<br>From: "Prince of Peace Baptist Church Maintenance Account"<br>To: "Cash"<br>Amount: $700.00<br>Total Pages: 1 | | | |
| 123 | **Check 1101**<br>Date: 6/6/06<br>From: "Prince of Peace Baptist Church Maintenance Account"<br>To: "Jimmy Lincolise"<br>Amount: $1,650.00<br>Total Pages: 1 | | | |
| 124 | **Check 1102**<br>Date: 6/9/06<br>From: "Prince of Peace Baptist Church Maintenance Account"<br>To: "Pastor Dina LeBeau"<br>Amount: $1,350.00<br>Total Pages: 1 | | | |
| 125 | **Check 1103**<br>Date: 6/15/06<br>From: "Prince of Peace Baptist Church Maintenance Account"<br>To: "Andrea Cheung DDS"<br>Amount: $190.00<br>Total Pages: 1 | | | |
| 126 | **Check 1104**<br>Date: 6/15/06<br>From: "Prince of Peace Baptist Church Maintenance Account"<br>To: "USDA-RD"<br>Amount: $388.97<br>Total Pages: 1 | | | |

| EXHIBIT # | DESCRIPTION OF EXHIBIT | Offered | Received | Limitations |
|---|---|---|---|---|
| 127 | **Check 1105**<br>Date: obstructed by copy<br>From: "Prince of Peace Baptist Church Maintenance Account"<br>To: "CSAA"<br>Amount: $455.00<br>Total Pages: 1 | | | |
| 128 | **Check 1106**<br>Date: 7/5/06<br>From: "Prince of Peace Baptist Church Maintenance Account"<br>To: "Jimmy Lincolise"<br>Amount: $1,650.00<br>Total Pages: 1 | | | |
| 129 | **Check 1107**<br>Date: 7/11/06<br>From: "Prince of Peace Baptist Church Maintenance Account"<br>To: "Sears"<br>Amount: $104.00<br>Total Pages: 1 | | | |
| 130 | **Check 1108**<br>Date: 7/11/06<br>From: "Prince of Peace Baptist Church Maintenance Account"<br>To: "City of Calistoga"<br>Amount: $60.00<br>Total Pages: 1 | | | |
| 131 | **Check 1109**<br>Date: 7/11/06<br>From: "Prince of Peace Baptist Church Maintenance Account"<br>To: "California State Automobile Association"<br>Amount: $403.00<br>Total Pages: 1 | | | |
| 132 | **Check 1110**<br>Date: 7/11/06<br>From: "Prince of Peace Baptist Church Maintenance Account"<br>To: "Comcast"<br>Amount: $91.50<br>Total Pages: 1 | | | |

| EXHIBIT # | DESCRIPTION OF EXHIBIT | Offered | Received | Limitations |
|---|---|---|---|---|
| 133 | **Check 1111**<br>Date: 7/11/06<br>From: "Prince of Peace Baptist Church Maintenance Account"<br>To: "Pacific Bay Credit Union"<br>Amount: $707.00<br>Total Pages:  1 | | | |
| 134 | **Check 1112**<br>Date: 7/15/06<br>From: "Prince of Peace Baptist Church Maintenance Account"<br>To: "USDA-RDA"<br>Amount: $588.97<br>Total Pages:  1 | | | |
| 135 | **Check 1113**<br>Date: 7/31/06<br>From: "Prince of Peace Baptist Church Maintenance Account"<br>To: "Quintanella Landscape"<br>Amount: $180.00<br>Total Pages:  1 | | | |
| 136 | **Check 1114**<br>Date: 8/9/06<br>From: "Prince of Peace Baptist Church Maintenance Account"<br>To: "Jimmy Lincolise"<br>Amount: $1,650.00<br>Total Pages:  1 | | | |
| 137 | **Check 1115**<br>Date: 8/22/06<br>From: "Prince of Peace Baptist Church Maintenance Account"<br>To: "AAA CSAA"<br>Amount: $124.00<br>Total Pages:  1 | | | |
| 138 | **Check 1116**<br>Date: 8/22/06<br>From: "Prince of Peace Baptist Church Maintenance Account"<br>To: "Dina LeBeau"<br>Amount: $1,500.00<br>Total Pages:  1 | | | |

| EXHIBIT # | DESCRIPTION OF EXHIBIT | Offered | Received | Limitations |
|---|---|---|---|---|
| 139 | **Check 21548** — Date: 1/25/05 — From: "Prince of Peace Baptist Church" — To: "Rev. Walter L. Humphrey" — Amount: $1,000.00 / **Check 21592** — Date: 3/13/05 — From: "Prince of Peace Baptist Church" — To: "Rev. Walter L. Humphrey" — Amount: $3,000.00 / **Check 21617** — Date: 4/3/05 — From: "Prince of Peace Baptist Church" — To: "Rev. Walter L. Humphrey" — Amount: $3,000.00 / **Check 21656** — Date 5/2/05 — From: "Prince of Peace Baptist Church" — To: "Rev. Walter L. Humphrey" — Amount: $1,700.00 — Total Pages: 1 | | | |
| 140 | **Check 1090** — Date: 9/12/06 — From: "Prince of Peace Baptist Church Maintenance Account" — To: "Cash" — Amount: $700.00 / **Check 1087** — Date: 8/31/06 — From: "Prince of Peace Baptist Church Maintenance Account" — To: "William Websters" — Amount: $500.00 — Total Pages: 1 | | | |
| 141 | **Check 21716** — Date: 6/2/05 — From: "Prince of Peace Baptist Church" — To: "Rev. Walter L. Humphrey" — Amount: $340.00 / **Check 21745** — Date: 6/14/05 — From: "Prince of Peace Baptist Church" — To: "Prince of Peace Baptist Church" — Amount: $1,700.00 / **Check 21828** — Date: 8/8/05 — From: "Prince of Peace Baptist Church" — To: "Rev. Walter L. Humphrey" — Amount: $30.00 / **Check 22724** — Date 8/21/05 — From: "Prince of Peace Baptist Church" — To: "Continental Airlines" — Amount: $400.40 — Total Pages: 1 | | | |

| EXHIBIT # | DESCRIPTION OF EXHIBIT | Offered | Received | Limitations |
|---|---|---|---|---|
| 142 | **Check No. 21849**<br>Date: 8/29/05<br>From: "Prince of Peace Baptist Church"<br>To: "Prince of Peace Baptist Church"<br>Amount: $100,000.00<br>Total Pages: 1 | | | |
| 143 | <table><tr><td>**Check 21876**</td><td>**Check 21881**</td><td>**Check 21884**</td><td>**Check 21898**</td></tr><tr><td>Date: 9/12/05</td><td>Date: 9/20/05</td><td>Date: 9/26/05</td><td>Date 9/29/05</td></tr><tr><td>From: "Prince of Peace Baptist Church"</td><td>From: "Prince of Peace Baptist Church"</td><td>From: "Prince of Peace Baptist Church"</td><td>From: "Prince of Peace Baptist Church"</td></tr><tr><td>To: "Prince of Peace Baptist Church"</td><td>To: "Belle-Aire Cleaners"</td><td>To: "Prince of Peace Baptist Church"</td><td>To: "Prince of Peace Baptist Church"</td></tr><tr><td>Amount: $1,300.00</td><td>Amount: $41.02</td><td>Amount: $1,904.55</td><td>Amount: $125.00</td></tr></table><br>Total Pages: 1 | | | |
| 144 | <table><tr><td>**Check 21922**</td><td>**Check 21903**</td><td>**Check 21948**</td><td>**Check 21985**</td></tr><tr><td>Date: 10/17/05</td><td>Date: 10/3/05</td><td>Date: 11/2/05</td><td>Date: 11/21/05</td></tr><tr><td>From: "Prince of Peace Baptist Church"</td><td>From: "Prince of Peace Baptist Church"</td><td>From: "Prince of Peace Baptist Church"</td><td>From: "Prince of Peace Baptist Church"</td></tr><tr><td>To: "Prince of Peace Baptist Church"</td><td>To: "Prince of Peace Baptist Church"</td><td>To: "Prince of Peace Baptist Church"</td><td>To: "Prince of Peace Baptist Church"</td></tr><tr><td>Amount: $700.00</td><td>Amount: $1,700.00</td><td>Amount: $550.00</td><td>Amount: $3,400.00</td></tr></table><br>Total Pages: 1 | | | |

| EXHIBIT # | DESCRIPTION OF EXHIBIT | | | | Offered | Received | Limitations |
|---|---|---|---|---|---|---|---|
| 145 | **Check 21970**<br>Date: 11/20/05<br>From: "Prince of Peace Baptist Church"<br>To: "Rev. Walter L. Humphrey"<br>Amount: $300.00 | **Check 22014**<br>Date: 12/6/05<br>From: "Prince of Peace Baptist Church"<br>To: "Capital Properties Management LTD"<br>Amount: $815.26 | **Check 22015**<br>Date: 12/6/05<br>From: "Prince of Peace Baptist Church"<br>To: "Northeast Furniture Rental""<br>Amount: $208.09 | **Check 22016**<br>Date: 12/6/05<br>From: "Prince of Peace Baptist Church"<br>To: "Prince of Peace Baptist Church"<br>Amount: $2,302.86 | | | |
| | Total Pages: 1 | | | | | | |
| 146 | **Check 22020**<br>Date: 12/12/05<br>From: "Prince of Peace Baptist Church"<br>To: "Prince of Peace Baptist Church"<br>Amount: $1,109.24 | **Check 22028**<br>Date: 12/20/05<br>From: "Prince of Peace Baptist Church"<br>To: "Prince of Peace Baptist Church"<br>Amount: $1,700.00 | **Check 22044**<br>Date: 12/27/05<br>From: "Prince of Peace Baptist Church"<br>To: "Northeast Furniture Rental""<br>Amount: $1,700.00 | | | | |
| | Total Pages: 1 | | | | | | |
| 147 | **Check 22059**<br>Date: 1/9/06<br>From: "Prince of Peace Baptist Church"<br>To: "Prince of Peace Baptist Church"<br>Amount: $85.00 | **Check 22061**<br>Date: 1/9/06<br>From: "Prince of Peace Baptist Church"<br>To: "Prince of Peace Baptist Church"<br>Amount: $1371.85 | **Check 22069**<br>Date: 1/26/06<br>From: "Prince of Peace Baptist Church"<br>To: "Prince of Peace Baptist Church"<br>Amount: $1700.00 | **Check 1088**<br>Date: 8/3/06<br>From: "Prince of Peace Baptist Church"<br>To: "Cash"<br>Amount: $300.00 | | | |
| | Total Pages: 1 | | | | | | |

xxi

| EXHIBIT # | DESCRIPTION OF EXHIBIT | | | | Offered | Received | Limitations |
|---|---|---|---|---|---|---|---|
| 148 | **Check 22724**<br><br>Date: 8/21/2005<br><br>From: "Prince of Peace Baptist Church"<br><br>To: "Continental Airlines"<br><br>Amount: $400.40<br><br>Total Pages: 1 | **Check 21828**<br><br>Date: 8/8/2005<br><br>From: "Prince of Peace Baptist Church"<br><br>To: "Walter L. Humphrey"<br><br>Amount: $30.00 | **Check 21716**<br><br>Date: 6/2/2005<br><br>From: "Prince of Peace Baptist Church"<br><br>To: "Rev. Walter L. Humphrey"<br><br>Amount: $340.00 | **Check 21745**<br><br>Date: 6/14/2005<br><br>From: "Prince of Peace Baptist Church"<br><br>To: "Prince of Peace Baptist Church"<br><br>Amount: $1,700.00 | | | |
| 149 | **Check 22701**<br>Date: 7/23/05<br>From: "Prince of Peace Baptist Church Maintenance Account"<br>To: "Prince of Peace Baptist Church"<br>Amount: $21,000<br>Total Pages: 1 | | | | | | |
| 150 | Defendant Prince of Peace Baptist Church's Response to Plaintiff's Request for Production of Documents, SET ONE | | | | | | X |
| 151 | Defendant Prince of Peace Baptist Church's Response to Plaintiff's Special Interrogatories, SET ONE | | | | | | X |
| 152 | **Check 1041**<br>Date: 2/28/06<br>From: "Prince of Peace Baptist Church Maintenance Account"<br>To: "Gene Paul McWain"<br>Amount: $150.00<br>Total Pages: 2 | | | | | | |
| 153 | **Check 1042**<br>Date: 2/28/06<br>From: "Prince of Peace Baptist Church Maintenance Account"<br>To: "Eufrania Lash"<br>Amount: $200.00<br>Total Pages: 2 | | | | | | |

| EXHIBIT # | DESCRIPTION OF EXHIBIT | Offered | Received | Limitations |
|---|---|---|---|---|
| 154 | **Check 1057**<br>Date: 3/6/06<br>From: "Prince of Peace Baptist Church Maintenance Account"<br>To: "Reverend Parks"<br>Amount: $100.00<br>Total Pages: 2 | | | |
| 155 | **Check 1058**<br>Date: 3/6/06<br>From: "Prince of Peace Baptist Church Maintenance Account"<br>To: "Rev. E. Montgomery"<br>Amount: $100.00<br>Total Pages: 2 | | | |
| 156 | **Check 1059**<br>Date: 3/6/06<br>From: "Prince of Peace Baptist Church Maintenance Account"<br>To: "Reverend Thompson"<br>Amount: $100.00<br>Total Pages: 2 | | | |
| 157 | **Check 1066**<br>Date: 3/10/06<br>From: "Prince of Peace Baptist Church Maintenance Account"<br>To: "Rev. Aulden Knight"<br>Amount: $250.00<br>Total Pages: 2 | | | |
| 158 | **Check 1084**<br>Date: 3/20/06<br>From: "Prince of Peace Baptist Church Maintenance Account"<br>To: "Rev. E. Montgomery"<br>Amount: $100.00<br>Total Pages: 2 | | | |
| 159 | **Check 1090**<br>Date: 3/27/06<br>From: "Prince of Peace Baptist Church Maintenance Account"<br>To: "Rev. Aulden Knight"<br>Amount: $250.00<br>Total Pages: 2 | | | |

| EXHIBIT # | DESCRIPTION OF EXHIBIT | Offered | Received | Limitations |
|---|---|---|---|---|
| 160 | **Check 1102**<br>Date: 4/4/06<br>From: "Prince of Peace Baptist Church Maintenance Account"<br>To: "X Press"<br>Amount: $500.00<br>Total Pages: 2 | | | |
| 161 | **Check 1112**<br>Date: 4/4/06<br>From: "Prince of Peace Baptist Church Maintenance Account"<br>To: "Capital Properties Management Ltd."<br>Amount: $250.00<br>Total Pages: 2 | | | |
| 162 | **Check 1116**<br>Date: 4/4/06<br>From: "Prince of Peace Baptist Church Maintenance Account"<br>To: "Capital Properties Management Ltd."<br>Amount: $815.26<br>Total Pages: 2 | | | |
| 163 | **Check 1128**<br>Date: 4/10/06<br>From: "Prince of Peace Baptist Church Maintenance Account"<br>To: "Reverend General Parks"<br>Amount: $100<br>Total Pages: 2 | | | |
| 164 | **Check 1145**<br>Date: 5/1/06<br>From: "Prince of Peace Baptist Church Maintenance Account"<br>To: "Edwin Montgomery"<br>Amount: $300.00<br>Total Pages: 2 | | | |
| 165 | **Check 1163**<br>Date: 5/8/06<br>From: "Prince of Peace Baptist Church Maintenance Account"<br>To: "Edwin Montgomery"<br>Amount: $100.00<br>Total Pages: 2 | | | |

| EXHIBIT # | DESCRIPTION OF EXHIBIT | Offered | Received | Limitations |
|---|---|---|---|---|
| 166 | **Check 1182**<br>Date: 5/15/06<br>From: "Prince of Peace Baptist Church Maintenance Account"<br>To: "Rev. Aulden Knight"<br>Amount: $250.00<br>Total Pages: 2 | | | |
| 167 | **Check 1194**<br>Date: 5/22/06<br>From: "Prince of Peace Baptist Church Maintenance Account"<br>To: "Rev. Edwin Montgomery"<br>Amount: $100.00<br>Total Pages: 2 | | | |
| 168 | **Check 1227**<br>Date: 6/12/06<br>From: "Prince of Peace Baptist Church Maintenance Account"<br>To: "Rev. Aulden Knight"<br>Amount: $250.00<br>Total Pages: 2 | | | |
| 169 | **Check 1234**<br>Date: 6/19/06<br>From: "Prince of Peace Baptist Church Maintenance Account"<br>To: "Edwin Montgomery"<br>Amount: $200.00<br>Total Pages: 2 | | | |
| 170 | **Check 1257**<br>Date: 7/10/06<br>From: "Prince of Peace Baptist Church Maintenance Account"<br>To: "Rev. Aulden Knight"<br>Amount: $200.00<br>Total Pages: 2 | | | |
| 171 | **Check 1287**<br>Date: 8/7/06<br>From: "Prince of Peace Baptist Church Maintenance Account"<br>To: "Rev. Edwin Montgomery"<br>Amount: $100.00<br>Total Pages: 2 | | | |

| EXHIBIT # | DESCRIPTION OF EXHIBIT | Offered | Received | Limitations |
|---|---|---|---|---|
| 172 | **Check 1310**<br>Date: 8/30/06<br>From: "Prince of Peace Baptist Church Maintenance Account"<br>To: "Rev. Edwin Montgomery"<br>Amount: $100.00<br>Total Pages: 2 | | | |
| 173 | **Check 1312**<br>Date: 8/30/06<br>From: "Prince of Peace Baptist Church Maintenance Account"<br>To: "Rev. Aulden Knight"<br>Amount: $100.00<br>Total Pages: 2 | | | |
| 174 | **Check 1318**<br>Date: 8/30/06<br>From: "Prince of Peace Baptist Church Maintenance Account"<br>To: "Rev. Aulden Knight"<br>Amount: $100.00<br>Total Pages: 2 | | | |
| 175 | **Check 1323**<br>Date: 9/11/06<br>From: "Prince of Peace Baptist Church Maintenance Account"<br>To: "Rev. Edwin Montgomery"<br>Amount: $100.00<br>Total Pages: 2 | | | |
| 176 | **Check 1328**<br>Date: 9/21/06<br>From: "Prince of Peace Baptist Church Maintenance Account"<br>To: "Rev. Aulden Knight"<br>Amount: $200.00<br>Total Pages: 2 | | | |
| 177 | **First Amended Complaint** | | | |