### APPENDIX B: PLAINTIFF'S WITNESSES

1. **Rev. Walter Humphrey** - Testimony relating to his qualifications as a minister, offer of employment by Prince of Peace and his acceptance of employment offer, writings memorializing terms and conditions of employment agreement, duties he performed as Pastor of Prince of Peace, loans made to church, expenses incurred, nonpayment of wages, failure to reimburse for loans and expenses.

2. **Shari Humphrey** - Testimony relating to offer of employment by Prince of Peace, Rev. Humphrey's performance of duties as Pastor, loans made to the church, church's failure ot pay loans, nonpayment of wages, expenses incurred by Rev. Humphrey, church's failure to reimburse.

3. **Geneva Hill** - Testimony relating to her employment as church administrator, her job as custodian of records, her role in drawing up agreements made by Prince of Peace to compensate Rev. Humphrey, the execution of those agreements, church records concerning unpaid compensation.