## APPENDIX C:   DEFENDANT'S WITNESSES

1. **Russell Neal Sr.**- He will be called to dispute the contention that plaintiff was only going to work part time, the type and purpose of church bank accounts, the accounting relevant to all checks written by defendant to plaintiff and checks signed by defendant, explanation of other church documents regarding plaintiff's employment and church procedure including church constitution and founding documents, corporate documents and to recount statements plaintiff made, conduct of plaintiff while present in Ohio.

2. **Russell Neal Jr.**- Same as Russell Neal Jr. plus authenticating documents and impeachment evidence conversations of the Deacons regarding plaintiff's employment, contact with governing body concerning disputes with plaintiff.

3. **Wanda Pruitt**- She will testify about comments plaintiff made about his full time employment in Ohio, loans he allegedly made to defendant and other conduct supporting the claims that plaintiff made suspicious financial transactions with Moriah Christian Fellowship's money. She will also testify about plaintiff's expenses for his installation. She may also provide impeachment evidence.

4. **Pastor Chris Williams**- He will be called to testify about plaintiff's employment with Moriah and other churches plus statements plaintiff made about his employment and various financial transactions.

5. **Eileen Hardware**- She will testify about statements plaintiff made concerning his employment in Ohio and in California plus what he said were the terms and conditions of his employment. She may serve as an impeachment witness as well.

6. **Pastor Claudia Humphrey**- She will be called to testify about plaintiff's convictions for domestic violence and questionable financial transactions he made.

7. **Steven Porter**- He was head of the Deacon Board at Moriah church and on the finance committee. He is expected to testify about the deed of trust for property at 1537 34th Street, the refinancing of the property at 34th and San Pablo Streets and plaintiff's use of money obtained there from. He can also testify about plaintiff's statements about his employment in Ohio and in California.

1  8. **Mia Medlin**- She was on the finance committee at Moriah and can testify about plaintiff's use of money at Moriah.

9. **Keisha Bishop**- She is expected to testify that she signed a note for monies to plaintiff's retirement. The conditions of the note were that plaintiff would leave the church if this witness and others signed the note so he could have the money from the sale of the White Oak Grove property for his retirement and in recognition of what he did for the church. He did not retire and in fact came back to the church as senior pastor.

ii

**JOINT PRETRIAL CONFERENCE STATEMENT**