1  DOROTHY D. GUILLORY, ESQ. (SBN 114891)
2  1271 Washington Ave #380
   San Leandro, CA 94577
3  Telephone:    (510) 639-2959
   Facsimile:    (510) 639-2961
4

5  Attorney for Plaintiff,
   *Pastor Walter Humphrey*

6
   WILLIAM E. WEISS (SBN 73108)
7  LAW OFFICES OF WILLIAM E. WEISS
   130 Sutter Street, 7th Floor
8  San Francisco, California 94104
   Telephone:    (415) 362-6765
9  Facsimile:    (415) 362-2405

10
   Attorney for Defendant,
11 *PRINCE OF PEACE BAPTIST CHURCH*

12

13                  **UNITED STATES DISTRICT COURT**

14                  **NORTHERN DISTRICT OF CALIFORNIA**

15

16 | REVEREND WALTER HUMPHREY, | ) Case No. C 07-02790 WHA |
   |---|---|
17 | Plaintiff, | ) **JOINT STATEMENT OF THE CASE** |
18 | vs. | ) **PRE TRIAL CONFERENCE** |
19 | PRINCE OF PEACE BAPTIST CHURCH, | ) **DATE:** September 8, 2008<br>) **TIME:** 2:00 p.m.<br>) **PLACE:** Courtroom 9, on 19th fl. |
20 | Defendant. | ) |
21 | | ) |

22
       Plaintiff REVEREND WALTER HUMPHREY and Defendant PRINCE OF PEACE
23
   BAPTIST CHURCH respectfully requests the court give the following Statement of the Case.
24
   ///
25
   ///
26
   ///
27
                                           1
28 **JOINT STATEMENT OF THE CASE**

**STATEMENT OF THE CASE**

The name of the case for which you have been summoned for jury duty is Rev. Walter Humphrey v. Prince of Peace Baptist Church.

The party who commences a lawsuit, in this case Rev. Humphrey, is called the Plaintiff.

The party against whom a lawsuit is brought, in this case, Prince of Peace Baptist Church, is called the Defendant.

In this case, Rev. Humphrey is seeking money damages based upon claims of breach of contract, common counts, and violations of the California Labor Code.

Prince of Peace Baptist Church denies all of the claims made against it by Rev. Humphrey and also disputes Rev. Humphrey's claimed damages.

During the trial, Rev. Humphrey will have the burden of proving each of the elements of the claims he is making and the nature and extent of the monetary damages he claims to have suffered.

During the trial, Prince of Peace Baptist Church will have the burden of proving that Rev. Humphrey failed to mitigate his damages, and each element of its affirmative defenses.

It will be your duty, should you be selected as trial jurors, to decide all of the factual issues in the case from the evidence, consistent with instruction on the law which will be given to you by the Court.

DATED: September 2, 2008

By:    /s/ Dorothy Davis Guillory
       Dorothy Davis Guillory, Esq.
       Attorney for Plaintiff
       *REVEREND WALTER HUMPHREY*

DATED: September 2, 2008       LAW OFFICES OF WILLIAM E. WEISS

By:    /s/ William E. Weiss
       William E. Weiss
       Attorney for Defendant
       *PRINCE OF PEACE BAPTIST CHURCH*

---
2
---

**JOINT STATEMENT OF THE CASE**