DOROTHY D. GUILLORY, ESQ. (SBN 114891)
1271 Washington Ave #380
San Leandro, CA 94577
Telephone:   (510) 639-2959
Facsimile:   (510) 639-2961

Attorney for Plaintiff,
*Pastor Walter Humphrey*

WILLIAM E. WEISS (SBN 73108)
LAW OFFICES OF WILLIAM E. WEISS
130 Sutter Street, 7th Floor
San Francisco, California 94104
Telephone:   (415) 362-6765
Facsimile:   (415) 362-2405

Attorney for Defendant,
*PRINCE OF PEACE BAPTIST CHURCH*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REVEREND WALTER HUMPHREY,<br><br>    Plaintiff,<br><br>vs.<br><br>PRINCE OF PEACE BAPTIST CHURCH,<br><br>    Defendant. | Case No. C 07-02790 WHA<br><br>**JOINT VOIR DIRE**<br><br>**PRE TRIAL CONFERENCE**<br>**DATE:**   September 8, 2008<br>**TIME:**   2:00 p.m.<br>**PLACE:**   Courtroom 9, on 19th fl. |

Plaintiff REVEREND WALTER HUMPHREY and Defendant PRINCE OF PEACE BAPTIST CHURCH respectfully requests the court employ the following questions in Voir Dire in this case:

1.   Juror's age, employment, location.

2.   Prior jury experience.

3.   This case involves a dispute over wages and expenses between a member of the clergy and a church. Will anyone attribute greater credibility to either side because of this?

4.   Does anyone know either party or their attorneys or anyone associated with this case?

**JOINT VOIR DIRE**

5.     Type of residence-apartment or home.

6.     Marital status; children.

7.     Spouse's occupation.

8.     Does anyone have a family member in the clergy or who is an official or board member of a religious institution? If so which one?

9.     Does anyone belong to a Baptist Church?

10.     Does anyone have training or education in the legal profession? Does anyone have any family members of friends with training in the legal profession?

11.     Has anyone been a party to a lawsuit?

12.     Do you employ people or supervise other employees? In what type of business?

13.     Has anyone ever been involved in a wage dispute?

14.     Is anyone a member of a union?

15.     Has anyone ever participated in wage negotiations either on behalf of a union, employee group, employer or employer group?

16.     Has anyone been involved in a contract dispute involving wages and benefits?

17.     Has anyone ever worked in human resources for a company or other organization?

18.     Does anyone have family members or friends who work in human resources at any company or organization?

19.     Does anyone have experience handling wages and benefits?

20.     Does anyone have experience in tax preparation or accounting?

21.     Does anyone have family members or friends with experience in tax preparation or accounting?

22.     Has anyone ever negotiated an employment contract for themselves or another?

23.     Has anyone ever been involved in litigation or arbitration over a dispute on wages and benefits.

24.     Does anyone own a business that employs people?

25     Has anyone heard of Lighthouse Ministries Housing and Community Economic Development Corporation, co-founder and co-chairman of Bay Area Inner City Leadership

2

**JOINT VOIR DIRE**

Alliance (BAICLA) (www.baicla.org), and co-founder and co-chairman of National Coalition of Clergy and Community Together (NCCCT)?

DATED: August 26, 2008                LAW OFFICES OF WILLIAM E. WEISS

By: _____
   Dorothy Davis Guillory, Esq.
   Attorney for Plaintiff
   *REVEREND WALTER HUMPHREY*

DATED: August 26, 2008                LAW OFFICES OF WILLIAM E. WEISS

By: _____
   William E. Weiss
   Attorney for Defendant
   *PRINCE OF PEACE BAPTIST CHURCH*