DOROTHY D. GUILLORY, ESQ. (SBN 114891)
1271 Washington Ave #380
San Leandro, CA 94577
Telephone:    (510) 639-2959
Facsimile:    (510) 639-2961

Attorney for Plaintiff,
*Pastor Walter Humphrey*

WILLIAM E. WEISS (SBN 73108)
LAW OFFICES OF WILLIAM E. WEISS
130 Sutter Street, 7th Floor
San Francisco, California 94104
Telephone:    (415) 362-6765
Facsimile:    (415) 362-2405

Attorney for Defendant,
*PRINCE OF PEACE BAPTIST CHURCH*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REVEREND WALTER HUMPHREY,<br><br>        Plaintiff,<br><br>vs.<br><br>PRINCE OF PEACE BAPTIST<br>CHURCH,<br><br>        Defendant. | Case No. C 07-02790 WHA<br><br>**JOINT [PROPOSED]**<br>**JURY INSTRUCTIONS**<br><br>**PRE TRIAL CONFERENCE**<br>**DATE:    September 8, 2008**<br>**TIME:    2:00 p.m.**<br>**PLACE:   Courtroom 9, on 19th fl.** |

        Plaintiff REVEREND WALTER HUMPHREY and Defendant PRINCE OF PEACE

BAPTIST CHURCH respectfully requests the court give the following jury instructions.

///

///

///

**JOINT [PROPOSED] JURY INSTRUCTIONS**

**STIPULATED INSTRUCTION NO. _____ Re  Contract Formation**

Rev. Humphrey claims that the parties entered into a contract.  To prove that a contract was created, Rev. Humphrey must prove all of the following:

1.    That the contract terms were clear enough that the parties

could understand what each was required to do;

2.    That the parties agreed to give each other something of

value. [A promise to do something or not to do something

may have value]; and

3.    That the parties agreed to the terms of the contract.

[When you examine whether the parties agreed to the terms of

the contract, ask yourself if, under the circumstances, a

reasonable person would conclude, from the words and conduct

of each party, that there was an agreement. You may not

consider the parties' hidden intentions.

If  Rev. Humphrey did not prove all of the above, then a contract was not created.

**CAC 302**

**JOINT [PROPOSED] JURY INSTRUCTIONS**

1
2

**STIPULATED INSTRUCTION NO. _____ Re Breach of Contract
Essential Factual Elements**

3
4

To recover damages from Prince of Peace Baptist Church for breach of contract, Rev. Humphrey must prove all of the following:

5
6

1.      That Rev. Humphrey and Prince of Peace Baptist Church entered
        into a contract;

7
8

2.      That Rev. Humphrey did all, or substantially all of the significant things that the contract required him to do or that he was excused from having to do those
        things];

9
10

3.      That all conditions required for Prince of Peace Baptist Church's performance had occurred;

11

4.      That Prince of Peace Baptist Church failed to do something that the
        contract required it to do; and

12
13

5.      That Rev. Humphrey was harmed by that failure.

14
15
16

.CACI 303

17
18
19
20
21
22
23
24
25
26
27
28

**JOINT [PROPOSED] JURY INSTRUCTIONS**

1

2  **STIPULATED INSTRUCTION NO. _____ Re Oral or Written Contract Terms**

3  Contracts may be written or oral.

4
   Contracts may be partly written and partly oral.

5
6  Oral contracts are just as valid as written contracts.

7

8

9  **CACI 304**

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**JOINT [PROPOSED] JURY INSTRUCTIONS**

**STIPULATED INSTRUCTION NO. _____ Re Implied-in-Fact Contract**

In deciding whether a contract was created, you should consider the conduct and relationship of the parties as well as all the circumstances of the case.

Contracts can be created by the conduct of the parties, without spoken or written words.

Contracts created by conduct are just as valid as contracts formed with words.

Conduct will create a contract if the conduct of both parties is intentional and each knows, or has reason to know, that the other party will interpret the conduct as an agreement to enter into a contract.

**CACI 305**

**JOINT [PROPOSED] JURY INSTRUCTIONS**

**STIPULATED INSTRUCTION NO. _____ Re Substantial Performance**

Prince of Peace Baptist Church contends that Rev. Humphrey did not perform all of the things that he was required to do under the contract, and therefore Prince of Peace Baptist Church did not have to perform its] obligations under the contract. To overcome this contention, Rev. Humphrey must prove both of the following:

1.  That Rev. Humphrey made a good faith effort to comply with the contract; and

2.  That Prince of Peace Baptist Church received essentially what the contract called for because Rev. Humphrey's failures, if any, were so trivial or unimportant that they could have been easily fixed or paid for.

**CACI 312**

**JOINT [PROPOSED] JURY INSTRUCTIONS**

1
2

**STIPUTATED INSTRUCTION NO. _____ RE Interpretation**
**Meaning of Ordinary Words**

3
4
5
6

You should assume that the parties intended the words in their contract to have their usual and

ordinary meaning unless you decide that the parties intended the words to have a special

meaning.

7
8
9
10
11
12
13
14

**CACI 315**

15
16
17
18
19
20
21
22
23
24
25
26
27
28

**JOINT [PROPOSED] JURY INSTRUCTIONS**

1

2          **STIPULATED INSTRUCTION NO. _____ RE  Interpretation**
3                    **Construction of Contract as a Whole**

4    In deciding what the words of a contract meant to the parties, you should consider the whole

5    contract, not just isolated parts.  You should use each part to help you interpret the others, so

6    that all the parts make sense when taken together.

7

8

9

10

11

12

13

14

15

16

17

18

19   **CACI 317**

20

21

22

23

24

25

26

27

**JOINT [PROPOSED] JURY INSTRUCTIONS**

1

**STIPULATED INSTRUCTION NO. _____ Re Interpretation
Construction by Conduct**

2

3

4       In deciding what the words in a contract meant to the parties, you may consider how the

5   parties acted after the contract was created but before any disagreement between the parties

6   arose.

7

8

9

10

11

12

13

14   **CACI 318**

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**JOINT [PROPOSED] JURY INSTRUCTIONS**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**STIPULATED INSTRUCTION NO _____ Re Interpretation
Construction Against Drafter**

In determining the meaning of a term of the contract, you must first consider all of the other instructions that I have given you.

If, after considering these instructions, you still cannot agree on the meaning of the term, then you should interpret the contract term against the party that drafted the term or the party that caused the uncertainty.

**CACI 320**

**JOINT [PROPOSED] JURY INSTRUCTIONS**

1

2

**STIPULATED INSTRUCTION NO. _____ Re ANTICIPATORY BREACH**

3

     A party can breach, or break, a contract before performance is

4

required by clearly and positively indicating, by words or conduct, that he or she will not or can

5

not meet the requirements of the contract.

6

     If Rev. Humphrey proves that he would have been able to fulfill the terms of the contract

7

and that Prince of Peace Baptist Church clearly and positively indicated, by words or conduct,

8

that it would not or could not meet the contract requirements, then Prince of Peace Baptist

9

Church breached the contract.

10

11

12

13

14

15

16

17

18

**CACI 324**

19

20

21

22

23

24

25

26

27

28

**JOINT [PROPOSED] JURY INSTRUCTIONS**

**STIPULATED INSTRUCTION NO.  \_\_\_\_\_**
**RE INTRODUCTION TO CONTRACT DAMAGES**

If you decide that Rev. Humphrey  has proved his claim against Prince of Peace Baptist Church

for breach of contract, you also must decide how much money will reasonably compensate Rev.

Humphrey for the harm caused by the breach. This compensation is called "damages." The

purpose of such damages is to put Rev. Humphrey in as good a position as he would have been if

Prince of Peace Baptist Church had performed as promised.

**To recover damages for any harm, Rev. Humphrey must prove:**

1.      That the harm was likely to arise in the ordinary course

of events from the breach of the contract; or

2.      That when the contract was made, both parties could have

reasonably foreseen the harm as the probable result of the

breach.

Rev. Humphrey also must prove the amount of his damages according to the following

instructions. He does not have to prove the exact amount of damages. You must not speculate or

guess in awarding damages.

Rev. Humphrey claims damages for unpaid wages, unpaid living, travel, professional and

educational expenses, and other out-of-pocket expenses.

**CACI 350**

12

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**STIPULATED INSTRUCTION NO. _____ Re Special Damages**

Rev. Humphrey also claims damages for out-of-pocket expenses he incurred in connection with his employment.

To recover for this harm, Rev. Humphrey must prove that when the parties made the contract, Prince of Peace Baptist Church knew or reasonably should have known of the special circumstances leading to such harm.

**CACI 351**

**JOINT [PROPOSED] JURY INSTRUCTIONS**

1
2
**STIPULATED INTRUCTION NO. _____ Re Obligation to Pay Money Only**
3
4        To recover damages for the breach of a contract to pay money, Rev. Humphrey must
5   prove the amount due under the contract.
6
7
8
9
10
11
12
13
14
15
16
17   **CACI 355**
18
19
20
21
22
23
24
25
26
27
                                    14
28

1

2  **STIPULATED INSTRUCTION NO. _____ Re Mitigation of Damages**

3      If Prince of Peace Baptist Church breached the contract and the breach

4  caused harm, Rev. Humphrey is not entitled to recover damages for harm that Prince of Peace

5  Baptist Church proves Rev. Humphrey could have avoided with reasonable efforts or

6  expenditures. You should consider the reasonableness of Rev. Humphrey's efforts in light of the

7  circumstances facing him at the time, including his ability to make the efforts or expenditures

8  without undue risk or hardship.

9      If Rev. Humphrey made reasonable efforts to avoid harm, then your award should

10  include reasonable amounts that he spent for this purpose.

11

12

13

14  **CACI 356**

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**JOINT [PROPOSED] JURY INSTRUCTIONS**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**STIPULATED INSTRUCTION NO. _____ Re Common Count:**
**Money Had and Received**

Rev. Humphrey claims that Prince of Peace Baptist Church owes him money. To

establish this claim, Rev. Humphrey must prove all of the following:

1.      That Prince of Peace Baptist Church received money from

        Rev. Humphrey that was intended to be used for the benefit

        of Prince of Peace Baptist Church;

2.      That the money was used for the benefit of Prince of

        Peace Baptist Church;

3.      That Prince of Peace Baptist Church has not given the

        money back to Rev. Humphrey.

**CACI 370 (Modified)**

**JOINT [PROPOSED] JURY INSTRUCTIONS**

**STIPULATED INSTRUCTION NO. 371. Common Count:
Goods and Services Rendered**

Rev. Humphrey claims that Prince of Peace Baptist Church owes him money for goods delivered and services rendered]. To establish this claim, Rev. Humphrey must prove all of the following:

1.    That Prince of Peace Baptist Church requested, by words or conduct, that Rev. Humphrey perform services and/or deliver goods for the benefit of Prince of Peace Baptist Church;

2.    That Rev. Humphrey performed the services/delivered the goods as requested;

3.    That Prince of Peace Baptist Church has not paid Rev. Humphrey for the services/goods; and

4.    The reasonable value of the goods/services that were provided.

**CACI  371**

**JOINT [PROPOSED] JURY INSTRUCTIONS**

**STIPULATION INSTRUCTION NO. _____ RE Common Count:
Open Book Account**

Rev. Humphrey claims that Prince of Peace Baptist Church owes him money on an open book account. To establish this claim, Rev. Humphrey must prove all of the following:

1. That Rev. Humphrey and Prince of Peace Baptist Church had financial transaction(s);

2. That Rev. Humphrey kept an account of the debits and credits involved in the transaction(s);

3. That Prince of Peace Baptist Church owes Rev. Humphrey money on the account; and

4. The amount of money that Prince of Peace owes Rev. Humphrey.

**CACI 372**

**JOINT [PROPOSED] JURY INSTRUCTIONS**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**STIPULATED INSTRUCTION NO _____**
**Re Nonpayment of Wages**

Rev. Walter Humphrey claims that Defendant Prince of Peace Baptist Church owes him

unpaid wages. To establish this claim, Rev. Walter Humphrey must prove all of the following:

1.      That Rev. Humphrey performed work for Prince of Peace Baptist Church;

2.      That Prince of Peace Baptist Church owes Rev. Walter Humphrey wages

under the terms of the employment; and

3.      The amount of unpaid wages is $ _____.

"Wages" includes all amounts for labor performed by an employee, whether the amount is

calculated by time, task, piece, commission, or some other method.

**CACI 2700. (Lab. Code, §§ 201, 202, 218)**

**JOINT [PROPOSED] JURY INSTRUCTIONS**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**STIPULATED INSTRUCTION NO _____**
**Re Waiting Time Penalty for Nonpayment of Wages**

If you decide that Rev. Walter Humphrey has proved his claim

Against Prince of Peace Baptist Church for unpaid wages, then Rev. Walter Humphrey may be

entitled to receive an award of a civil penalty based on the number of days Prince of Peace

Baptist Church failed to pay his wages when due.

To recover the civil penalty, Rev. Walter Humphrey must prove all of

the following:

1. The date on which Rev. Walter Humphrey's employment ended;

2. That Prince of Peace Baptist Church failed to pay all wages due by

_____[*insert date*];

3.  That Prince of Peace Baptist Church willfully failed to pay these

wages.

The term "wages" includes all amounts for labor performed by an employee, whether the

amount is calculated by time, task, piece, commission, or some other method.

The term "willfully" means that the employer intentionally failed or refused to pay the

wages.

**CACI 2704, Lab. Code, §§ 203, 218**

**JOINT [PROPOSED] JURY INSTRUCTIONS**

DATED:  September 1, 2008

By:  _____
     Dorothy Davis Guillory, Esq.
     Attorney for Plaintiff
     *REVEREND WALTER HUMPHREY*

DATED:  September 1, 2008          LAW OFFICES OF WILLIAM E. WEISS

By:  _____
     William E. Weiss
     Attorney for Defendant
     *PRINCE OF PEACE BAPTIST CHURCH*

**JOINT [PROPOSED] JURY INSTRUCTIONS**