WILLIAM E. WEISS (SBN 73108)
LAW OFFICES OF WILLIAM E. WEISS
130 Sutter Street, 7th Floor
San Francisco, California 94104
Telephone:  (415) 362-6765
Facsimile:  (415) 362-2405
Email:  weisslaw1@williameweiss.com

Attorneys for Defendant,
PRINCE OF PEACE BAPTIST CHURCH

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PASTOR WALTER HUMPHREY<br><br>Plaintiff,<br><br>vs.<br><br>PRINCE OF PEACE BAPTIST CHURCH, and DOES 1-25,<br><br>Defendants. | Case No. C 07-02790 WHA<br><br>**INITIAL DISCLOSURE OF DEFENDANT PRINCE OF PEACE BAPTIST CHURCH** |

Defendant Prince of Peace Baptist Church makes the following disclosure pursuant to FRCP 26(a):

A.  FRCP 26(a)(1)(A)

Defendant identifies the following persons and legal entities that it believes have knowledge regarding the matters that are subject to this lawsuit:

| | |
|---|---|
| Gene P. McWain<br>536 Dorchester Road<br>Akron, OH 44320<br>330 867-1685<br>This witness has information about the employment of plaintiff, his job performance and financial issues related to this case. | Augusta L. Turman<br>595 Noah Avenue<br>Akron, OH 44320<br>330 836-5138<br>This witness has information about the employment of plaintiff, his job performance and financial issues related to this case. |
| Duane L. Grimes<br>1096 Kirkwall Drive<br>Copley, OH 44321<br>330 256-0937<br>This witness has information about the employment of plaintiff, his job performance and financial issues related to this case. | Sterling Shephard, Jr.<br>100 Packard Drive<br>Akron, OH 44320<br>330 696-7592<br>This witness has information about the employment of plaintiff, his job performance and financial issues related to this case. |

1
**INITIAL DISCLOSURE OF DEFENDANT PRINCE OF PEACE BAPTIST CHURCH - Case No. C 07-02790 WHA**

| Robert L. Richerson<br>1015 Lane Street<br>Akron, OH 44320<br>330 376-1366<br>This witness has information about the employment of plaintiff, his job performance and financial issues related to this case. | Russel C. Neal, Jr.<br>476 Moreley Avenue<br>Akron, OH 44320<br>330 864-2278<br>330 535-5532<br>This witness has information about the employment of plaintiff, his job performance and financial issues related to this case. |
| --- | --- |
| Russel C. Neal, Sr.<br>1165 Delia Avenue<br>Akron, OH 44320<br>330 352-2571<br>This witness has information about the employment of plaintiff, his job performance and financial issues related to this case. | Lewis E. Jefferson, Jr.<br>38 N. Pershing #1<br>Akron, OH 44313<br>330 865-1212<br>This witness has information about the employment of plaintiff, his job performance and financial issues related to this case. |

B. FRCP 26(a)(1)(B)

1. 36 checks for varying amounts executed by plaintiff or other Church board or authorized members;
2. Transaction Detail by Account re plaintiff's salary;
3. Settlement agreement dated August 24, 2006;
4. Pastoral Maintenance Proposal dated January 10, 2006;
5. June 27, 2006 minutes of Board;
6. April 28, 2006 document regarding position of pastoral leadership;
7. June 18, 2007 request for reimbursement;
8. Various pleadings from Defendant's Ohio suit against plaintiff;
9. Cost sheet for 2005;
10. Letters dated September 6, 2006 and December 11, 2006 from Jasper Liggins to Daniel Etoh; Hans Nilges and Brandon McDowell;
11. Minutes of January 16, 2006 meeting;
12. March 11, 2006 letter to Rev. Pitts from Church Board;
13. October 18, 2006 letter from Jasper Liggins to Daniel Etoh;
14. July 19, 2006 letter from Jasper Liggins to Wiley McDermott and Pamela Wellington;
15. Accounting grid for church disbursements;
16. Check dated July 23, 2005;
17. Check dated August 29, 2005;

C.  FRCP 26 (a)(1)(C)

    Defendant is seeking dismissal for lack of jurisdiction and ultimately a dismissal with prejudice.

D.  FRCP 26(a)(1)(D)

    Defendant has no insurance to cover this claim

    Any additional information obtained during the course of discovery and through information obtained through third parties will be disclosed as requires and this disclosure will be accordingly amended and supplemented.

DATED:                                                                LAW OFFICES OF WILLIAM E. WEISS


By_____
    WILLIAM E. WEISS
    Attorney for Defendant,
    Prince of Peace Baptist Church