**DEFENDANT'S SEPARATE EXHIBIT LIST**

| EXHIBIT # | DESCRIPTION OF EXHIBIT | Offered | Received | Limitations |
|---|---|---|---|---|
| 178 | Recommendation from Pastor Deacons of "The Prince of Peace Baptist Church" accepting Walter Humphrey as pastor<br>Total Pages: 1 | | | |
| 179 | Date: April 28, 2006<br>From: From Prince of Peace Baptist Church<br>To: Membership of the Prince of Peace Baptist Church<br>Re: Vacancy of pulpit<br>Total Pages: 1 | | | |
| 180 | June 27, 2006: "Minutes"<br>Total Pages: 2 | | | |
| 181 | June 27, 2006: Prince of Peace Baptist Church - List of printed names & signatures<br>Total Pages: 3 | | | |
| 182 | "The Deacons of Prince of Peace Baptist Church" – including four signatures<br>Total Pages: 1 | | | |
| 183 | Undated memo to "Members of Prince of Peace" re vacancy of pulpit<br>Total Pages: 1 | | | |
| 184 | Title: Annual Summary and Transmittal of U.S. Information Returns<br>Filed by: Prince of Peace Baptist Church<br>Total amount reported: $163,990.98<br>Total Pages: 1 | | | |
| 185 | Title: Annual Summary and Transmittal of U.S. Information Returns<br>Filed by: Prince of Peace Baptist Church<br>Total amount reported: $51,892.95<br>Total Pages: 1 | | | |
| 186 | Date: January 28, 2008<br>From Debra L. Turner (CEO First Choice Bookkeeping)<br>To: Russel Neal Sr. (Prince of Peace Baptist Church"<br>Re: Accounting audit for years 2004, 2005 2006<br>Total Pages: 2 | | | |
| 187 | "Financial Information for Prince of Peace Baptist Church" for "Twelve Months Ending November 31, 2005" prepared by "First Choice Bookkeeping Service"<br>Total Pages: 5 | | | |
| 188 | December 2004 through November 2005:<br>Prince of Peace Baptist Church Table of payments to employees<br>Total Pages: 1 | | | |

| EXHIBIT # | DESCRIPTION OF EXHIBIT | Offered | Received | Limitations |
|---|---|---|---|---|
| 189 | December 2003 through November 2004<br>Re: Prince of Peace Baptist Church – Walter Humphrey Compensation<br>Amount: $4,250.00<br>Total Pages: 1 | | | |
| 190 | December 2004 through November 2005<br>Prince of Peace Baptist Church – Walter Humphrey Compensation<br>Amount: $163,990.98<br>Total Pages: 1 | | | |
| 191 | December 2005 through November 2006<br>Prince of Peace Baptist Church – Walter Humphrey Compensation<br>Amount: $51,892.95<br>Total Pages: 1 | | | |
| 192 | January 1, 2006 through October 1, 2006<br>Statement of payments made by Prince of Peace Baptist Church to Walter Humphrey<br>Amount $41,528.45<br>Total Pages: 1 | | | |
| 193 | "January to December 2005"<br>Prince of Peace Baptist Church handwritten account of payments from Jan-Dec<br>Amount: $31,748.78<br>Total Pages: 1 | | | |
| 194 | January 3, 2006 to September 23, 2006<br>Statement of "Utilities, Lodging, Furniture Rental, Adelphia Cable, Telephone: Amount: $13,210.41<br>Total Pages: 2 | | | |
| 195 | "Cash Disbursed for Month of January/February 2005"<br>Total Pages: 1 (front/back) | | | |
| 196 | "Cash Disbursed for Month of March 2005"<br>Total Pages: 1 (front/back) | | | |
| 197 | "Cash Disbursed for Month of April 2005"<br>Total Pages: 1 (front/back) | | | |
| 198 | "Cash Disbursed for Month of May 2005"<br>Total Pages: 1 (front/back) | | | |
| 199 | "Cash Disbursed for Month of June 2005"<br>Total Pages: 1 (front/back) | | | |
| 200 | "Cash Disbursed for Month of July 2005"<br>Total Pages: 1 (front/back) | | | |
| 201 | "Cash Disbursed for Month of July/August 2005"<br>Total Pages: 1 (front/back) | | | |

| EXHIBIT # | DESCRIPTION OF EXHIBIT | Offered | Received | Limitations |
|---|---|---|---|---|
| 202 | "Cash Disbursed for Month of September 2005"<br>Total Pages: 1 (front/back) | | | |
| 203 | "Cash Disbursed for Month of October 2005"<br>Total Pages: 1 (front/back) | | | |
| 204 | "Cash Disbursed for Month of November 2005"<br>Total Pages: 1 (front/back) | | | |
| 205 | "Cash Disbursed for Month of December 2005"<br>Total Pages: 1 (front/back) | | | |
| 206 | "Cash Disbursed for Month of January 2006"<br>Total Pages: 1 (front/back) | | | |
| 207 | December 2004 through November 2005; "Transaction Detail By Account; Statement of Revenue Expenses; Maintenance Account Detail Report"<br>Total Pages: 4 | | | |
| 208 | December 2005 through November 2006<br>"Transaction Detail By Account; Statement of Revenue Expenses; Maintenance Account Detail Report"<br>Total Pages: 6 | | | |