IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PASTOR WALTER HUMPHREY, | No. C 07-02790 WHA |
|     Plaintiff, | |
|   v. | **CLERK'S NOTICE RESCHEDULING HEARING** |
| PRINCE OF PEACE BAPTIST CHURCH, | |
|     Defendant.                / | |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service.)

     YOU ARE NOTIFIED THAT the Pretrial Conference previously set for September 8, 2008 at 2:00 p.m. has been rescheduled for **September 8, 2008 at 10:00 a.m.**, before the Honorable William Alsup. Please report to Courtroom 9, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: September 4, 2008                                             FOR THE COURT,

                                                                     Richard W. Wieking, Clerk

                                                                       By: _____
                                                                          Dawn Toland
                                                                          Courtroom Deputy to the
                                                                          Honorable William Alsup

United States District Court
For the Northern District of California