IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PASTOR WALTER HUMPHREY, | No. C 07-02790 WHA |
| Plaintiff, | |
| v. | **CLERK'S NOTICE HEARING** |
| PRINCE OF PEACE BAPTIST CHURCH, | |
| Defendant. / | |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service.)

YOU ARE NOTIFIED THAT the Pretrial Conference set for September 8, 2008 <u>WILL REMAIN AS PREVIOUSLY SCHEDULED</u> at **2:00 p.m.**, before the Honorable William Alsup. Please report to Courtroom 9, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated:   September 4, 2008               FOR THE COURT,

                                          Richard W. Wieking, Clerk

                                          By: _____
                                              Dawn Toland
                                              Courtroom Deputy to the
                                              Honorable William Alsup