DOROTHY D. GUILLORY
Attorney at Law, CSBN 114891
1271 Washington Avenue, #380
San Leandro, CA 94577
(510) 639-2959
Fax: (510) 639-2961

Attorney for Plaintiff
REVEREND WALTER HUMPHREY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REVEREND WALTER HUMPHREY, ) | Case No.: C-07-02790 |
| ) | |
| Plaintiff, ) | |
| ) | PLAINTIFF'S DECLARATION RE |
| vs. ) | JOINT PROPOSED FINAL PRE-TRIAL |
| ) | STATEMENT, PLAINTIFF'S |
| PRINCE OF PEACE BAPTIST CHURCH, ) | OPPOSITIONS TO MOTIONS IN |
| ) | LIMINE, AND OTHER DOCUMENTS |
| Defendant. ) | |
| ) | |
| ) | |
| ) | |

**I, DOROTHY D. GUILLORY, declare as follows:**

1. Plaintiff's counsel and defense counsel met and conferred concerning the preparation and finalization of documents required by the Court's Trial and Final PreTrial Conference Order. Our last meet and confer session was on September 1, 2008.

2. Mr. Weiss has a new law clerk assisting him, and to permit her to gain experience, his office volunteered to file the joint proposed final pretrial order, joint voir dire, joint statement of the case, special jury instructions, special verdict, and the motions in limine, with Plaintiff's oppositions attached back to back, and joint Rule 26(a)(3)

Declr. D. Guillory re Filings, p. 1

Disclosures which we agreed upon.   Hard copies, and a disc, were to be supplied to the Court, as ordered.   Hopefully, the Court received the hard copies and disc.

3.     I returned from Los Angeles today, and pulled up the case documents for review to prepare Plaintiff's objections to Defendant's disputed Exhibits.  I noted that the joint proposed final pretrial order is not on file, Plaintiff's oppositions to Defendant's motions in limine are not on file, Plaintiff's disputed Exhibit List is not on file, and apparently, Defendant's initial disclosures were filed in place of the joint proposed final pretrial order.   Defendant agreed to withdraw Motions in Limine Nos. 1 and 2.

4.     I am most certain that the failure to file the requisite documents in accordance with the Court's order is an inadvertent error on the law clerk's part, based on lack of experience.  She is on a learning curve.

5.     I have called Mr. Weiss and left a message for him in his absence concerning these errors.   Mr. Weiss' office has the final copy of the Joint Proposed Pre-trial Conference Statement, and the Special Verdict Form.  If I hear from Mr. Weiss, we should be able to straighten this out today.  If I don't hear from him by 1:00 p.m. today, I will be filing Plaintiff's last draft of the Pre-Trial Conference Order, and other documents which were omitted, along with Plaintiff's Objections to Defendant's Exhibits and Witnesses.

Dated:  September 5, 2008

*/s/ Dorothy D. Guillory*
_____
DOROTHY D. GUILLORY
Attorney for Plaintiff Rev. Walter Humphrey

Declr. D. Guillory re Filings, p. 2