DOROTHY D. GUILLORY
Attorney at Law, CSBN 114891
1271 Washington Avenue, #380
San Leandro, CA 94577
(510) 639-2959
Fax: (510) 639-2961

Attorney for Plaintiff
REVEREND WALTER HUMPHREY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REVEREND WALTER HUMPHREY,<br><br>    Plaintiff,<br><br>vs.<br><br>PRINCE OF PEACE BAPTIST CHURCH,<br><br>    Defendant. | Case No.: C-07-02790<br><br>PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION IN LIMINE NO. 3 |

In this case, Rev. Humphrey is seeking money damages, including unpaid wages, and reimbursement for loans, and the payment of travel, professional and educational expenses, against his former employer, Prince of Peace Baptist Church.

Rev. Humphrey opposes Defendant's Motion in Limine No. 3 to exclude Plaintiff's testimony concerning conversations he had with Rev. Burrell, the former founding Pastor and President of the Board of Defendant Prince of Peace.

Pl. Opp. MIL, No. 3, p. 1

Rev. Humphrey has already set forth in his complaint, and in a declaration on file with the Court that he was induced to accept employment with Prince of Peace based on, in part, the representations and promises of Rev. Burrell. Rev. Humphrey negotiated terms and conditions of employment and financial terms with Rev. Burrell. First Amended Complaint, 3:27, 4:1-27, 5:1-27; Rev. Humphrey's Declaration in Opposition to Motion to Dismiss, paras. 9-2. Rev. Humphrey told Pastor Burrell that he could only devote part of his time to serving as Pastor of Prince of Peace in Ohio, since he was already the Pastor of a flourishing church in Oakland, California. Rev. Burrell and a deacon agreed to this (FAC 5:18-22, Humphrey Declr. Para. 12), and this arrangement was later ratified by the entire church.

Plaintiff's complaint seeks to recover monetary damages under theories of breach of contract, common counts for money had and received, goods delivered and services rendered, open book account, and violations of the California Labor Code.

Rev. Humphrey's testimony concerning what Rev. Burrell said and did, as an authorized Pastor and President of the Board of Prince of Peace, to induce Rev. Humphrey to accept employment and in negotiating the terms and conditions of his employment and financial package is relevant and admissible under FRE 804 as Statements Against interest, and Statements under Belief of Impending Death, because Rev. Burrell told Rev. Humphrey that he was dying of cancer and needed a replacement and actually died not long afterwards.

Defendant's Motion in Limine No. 3 should be denied.

Dated: August 29, 2008

*/s/ Dorothy D. Guillory*

---

DOROTHY D. GUILLORY
Attorney for Plaintiff Rev. Walter Humphrey

Pl. Opp. MIL, No. 3, p. 2

PROOF OF SERVICE

I certify that I am over the age of eighteen (18) years, and I am not a party to this matter. My business address is 1271 Washington Avenue, #380, San Leandro, California, 94577. On August 29, 2008, I served the following:

**Plaintiff's Opposition to Motions in Limine No. 1**
**Plaintiff's Opposition to Motion in Limine No. 2**
**Plaintiff's Opposition to Motion in Limine No. 3**

by sending the documents via facsimile to (415) 362-2405 (with e-mail confirmation) and by depositing the documents in the United States mail at Oakland, California, addressed to:

William E. Weiss, Esq.
Law Offices of William E. Weiss
130 Sutter Street, 7th Floor
San Francisco, CA  94l04

I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Oakland, California on August 29, 2008.

*/s/ Dorothy D. Guillory*

_____
DOROTHY GUILLORY