DOROTHY D. GUILLORY a
Attorney at Law, CSBN 114891
1271 Washington Avenue, #380
San Leandro, CA  94577
(510) 639-2959
Fax:  (510) 639-2961

Attorney for Plaintiff
REVEREND WALTER HUMPHREY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REVEREND WALTER HUMPHREY,<br><br>    Plaintiff,<br><br>vs.<br><br>PRINCE OF PEACE BAPTIST CHURCH,<br><br>    Defendant. | Case No.: C-07-02790<br><br>DECLARATION OF DOROTHY GUILLORY RE OPPOSITIONS TO DEFENDANT'S MOTIONS IN LIMINE<br><br>Date: September 8, 2008<br>Time: 2:00 p.m.<br>Place: Courtroom 9, 19th Floor<br>        Hon. William Alsup |

**I, DOROTHY D. GUILLORY, declare as follows:**

1.     Defendant Prince of Peace filed Motions in Limine No. 1, 2 and 3 in this case on August 18, 2008.  The August 18, 2008, filings, made by Mr. Weiss' law clerk, who is learning, were in error, as they were premature, and did not include Plaintiff's oppositions.

2.     Plaintiff timely served his oppositions to each motion in limine on Defendant's counsel on August 29, 2008.

3.     On September 2, 2008, at a meet and confer conference about finalizing the pre-trial documents, Mr. Weiss, Defendant's counsel, stated that he was withdrawing Motions in

Pl. Declr. re. MIL, p. 1

Limine Nos. 1 and 2, as he had stipulated to the introduction of evidence which the motions sought to exclude.

4. Based on Mr. Weiss' representation that he withdrew Motions in Limine No. 1 and 2, Plaintiff is only filing his opposition to Motion in Limine No. 3.

Dated: September 5, 2008

*/s/ Dorothy D. Guillory*

_____

DOROTHY D. GUILLORY
Attorney for Plaintiff Rev. Walter Humphrey

Pl. Declr. re. MIL, p. 2