1  WILLIAM E. WEISS (SBN 73108)
2  LAW OFFICES OF WILLIAM E. WEISS
   130 Sutter Street, 7th Floor
3  San Francisco, California 94104
   Telephone:    (415) 362-6765
4  Facsimile:     (415) 362-2405

5  Attorney for Defendant,
6  *PRINCE OF PEACE BAPTIST CHURCH*

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10

11

12  REVEREND WALTER HUMPHREY,          )   Case No. C 07-02790 WHA
                                       )
13        Plaintiff,                   )   **DEFENDANT PRINCE OF PEACE
                                       )   BAPTIST CHURCH'S NOTICE OF
14  vs.                                )   WITHDRAWAL OF MOTIONS IN
                                       )   LIMINE**
15  PRINCE OF PEACE BAPTIST            )
    CHURCH,                            )
16                                     )   **TRAL DATE:      September 22, 2008
          Defendant.                   )   TRIAL TIME:     7:30 a.m.
17                                     )   DEPARTMENT   Courtroom 9, on 19th fl.**
    _____)

18
          After a meet and confer session counsel worked out various objections and defendant
19
    therefore withdraws motions in limine one and two.
20

21  Date:  September 2, 2008              LAW OFFICES OF WILLIAM E. WEISS

22

23                          By:     _/s/_____ WILLIAM E. WEISS
                                    William E. Weiss
24                                  Attorney for Defendant
25                                  *PRINCE OF PEACE BAPTIST CHURCH*

26

27

28

DEFENDANT PRINCE OF PEACE BAPTIST CHURCH'S NOTICE OF WITHDRAWAL OF MOTIONS
IN LIMINE