DOROTHY D. GUILLORY
Attorney at Law, CSBN 114891
1271 Washington Avenue, #380
San Leandro, CA  94577
(510) 639-2959
Fax:  (510) 639-2961

Attorney for Plaintiff
REVEREND WALTER HUMPHREY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REVEREND WALTER HUMPHREY, | Case No.: C-07-02790 |
| Plaintiff, | |
| vs. | PLAINTIFF'S SEPARATE LIST OF DISPUTED EXHIBITS |
| PRINCE OF PEACE BAPTIST CHURCH, | Date: September 8, 2008 |
| Defendant. | Time:  2:00 p.m. |
| | Place:  Courtroom 9, 19th Floor |
| | Hon. William Alsup |

**I.**
**INTRODUCTION**

This case is a disputed wage claims case in which Plaintiff seeks unpaid wages and other compensation under theories of breach of contract, common counts, and violations of the California Labor Code.  Plaintiff seeks to offer into evidence at the trial of this matter the following exhibits, which are objected to by Defendant.

- **Prince of Peace Financial Statement 2001**

Pl. Sep. List Disputed Exhibits, p. 1

- **Prince of Peace Financial Statement 2002**
- **Prince of Peace Financial Statement 2003**

These documents were generated by Prince of Peace Baptist Church, and maintained in the normal course of business. Witness Geneva Hill, the former church administrator and custodian of records, will testify to this fact. The documents are relevant, in that Rev. Humphrey will testify that he was induced to accept Prince of Peace's offer of employment, based on the financial statements showing that Prince of Peace was financially strong and could afford to pay him the promised compensation of $85,000+ annually.

Prince of Peace failed to disclose these documents, and to produce them as part of its response to Plaintiff's document production request. The documents are Church records, but Plaintiff was able to obtain them from another source and disclosed them on August 22, 2008, as part of its Rule 26(a)(3) Pre-Trial Disclosures, and listed them among its exhibits.

- **10/5/05 Three-months Assets, Liabilities, Income, Disbursements**

This document is relevant evidence on the issue of Prince of Peace's breach of contract, and failure to pay Rev. Humphrey. The document was generated by Prince of Peace and Geneva Hill, the former church administrator and custodian of records, will authenticate the document, which she helped to prepare. The document shows, and will bolster Rev. Humphrey and Geneva Hill's testimony that Prince of Peace deliberately breached its financial obligations to pay Rev. Humphrey, the new Pastor, and chose to continuing paying the utilities, mortgage and other bills of the retired Pastor and his wife, Rev. and Mrs. Burrell. The document was previously disclosed to Defendant in March, 2008, as an attachment to Plaintiff's mediation statement, and was included among Plaintiff's Rule 26(a)(3) disclosures and on with its list of exhibits.

Defendant disclosed a part of this document but failed to stipulate to its use as a joint exhibit.

Pl. Sep. List Disputed Exhibits, p. 2

- **4/9/06 Prince of Peace Pastor's Unpaid Compensation Tally for 2004**
- **4/9/06 Prince of Peace Pastor's Unpaid Compensation Tally for 2005**
- **4/9/06 Prince of Peace Pastor's Unpaid Compensation Tally for 2006**
- **Jan-Oct, 2006 Compensation Tally**

These documents were generated by Prince of Peace Baptist Church's finance committee, and are church records maintained in the normal course of business. Witness Geneva Hill, the former church administrator and custodian of records, will testify that she helped prepare these records and will authenticate the records as church business records. The documents are relevant, in that Geneva Hill and Rev. Humphrey will testify that Prince of Peace kept these records of unpaid wages and compensation which it owed to him.

Prince of Peace failed to disclose these documents. Plaintiff disclosed the documents as part of its initial and Rule 26(a)(3) disclosures, and produced the documents as attachments to his opposition to Defendant's motion to dismiss, filed back in November, 2007, as attachments to its mediation statement, filed in March, 2008, and in its list of exhibits.

**Russell Neal's Declaration in Opposition to Motion to Dismiss**

Plaintiff intends to use Mr. Neal's declaration for impeachment purposes, if necessary.

**- Charts and Summaries**

Plaintiff wishes to use demonstrative evidence in his opening and closing statements. The charts and summaries will refer only to the admissible evidence. Defendant is reserving his objections to this demonstrative evidence.

## II.
## CONCLUSION

Plaintiff asks the Court to allow the disputed exhibits.

Dated: September 5, 2008            */s/ Dorothy D. Guillory*
_____
DOROTHY D. GUILLORY
Attorney for Plaintiff Rev. Walter Humphrey

Pl. Sep. List Disputed Exhibits, p. 3