DOROTHY D. GUILLORY
Attorney at Law, CSBN 114891
1271 Washington Avenue, #380
San Leandro, CA  94577
(510) 639-2959
Fax:  (510) 639-2961

Attorney for Plaintiff
REVEREND WALTER HUMPHREY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REVEREND WALTER HUMPHREY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>PRINCE OF PEACE BAPTIST CHURCH,<br><br>　　　　Defendant. | Case No.: C-07-02790<br><br>PLAINTIFF'S REQUEST FOR ORDER PERMITTING PASSAGE OF OVERHEAD PROJECTOR AND SCREEN; ORDER<br><br>Date: September 8, 2008<br>Time: 2:00 p.m.<br>Place: Courtroom 9, 19th Floor<br>Hon. William Alsup |

At the trial of this matter, Plaintiff plans to use an overhead projector and screen to illuminate and highlight documentary evidence.  Plaintiff asks the Court for an order permitting Plaintiff to pass security with the overhead projector and screen, accompanying extension cords and related equipment during the course of the trial.

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated:  September 8, 2008    _____
　　　　　　　　　　　　　　U. S. DISTRICT JUDGE
　　　　　　　　　　　　　　WILLIAM ALSUP

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA; stamp: IT IS SO ORDERED, signed Judge William Alsup]*