**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: September 8, 2008

Case No.  C 07-02790 WHA

Title: PASTOR WALTER HUMPHREY v. PRINCE OF PEACE BAPTIST CHURCH

Plaintiff Attorneys: Dorothy Guillory

Defense Attorneys: William Weiss

Deputy Clerk:  Dawn Toland          Court Reporter: Belle Ball

**PROCEEDINGS**

1)    Pretrial Conference - HELD

2)

Continued to  9/22/08 at 7:30am  for Jury Trial

**ORDERED AFTER HEARING:**

Defendant advised the Court that the defendant intends to file Bankruptcy next week.  Court proceeded with the pretrial conference.

Defendant withdraws motions in limine #1 and 2.  Motion in limine #3 is denied.

Court ruled on each of the witnesses plaintiff objects to on defendant's late disclosed witnesses list. Defendant withdraws witnesses: Claudia Humphrey, Eileen Hardward and Mia Medlin.  Plaintiff's objection to defendant's exhibits #178-183 is denied.

Each side agreed to have 6 hours for their case-in-chief.