**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PASTOR WALTER HUMPHREY, | No. C 07-02790 WHA |
| Plaintiff, | |
| v. | **NOTICE RE LIABILITY FOR JURY FEES** |
| PRINCE OF PEACE BAPTIST CHURCH, and DOES 1–25, | |
| Defendants. / | |

Given that defense counsel expects his client to go into bankruptcy prior to trial, counsel are hereby notified that if the bankruptcy is filed very shortly before or after the trial begins, counsel responsible for the delay shall have to pay the jury fees incurred.

**IT IS SO ORDERED.**

Dated: September 12, 2008

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE