WILLIAM E. WEISS (SBN 73108)
LAW OFFICES OF WILLIAM E. WEISS
130 Sutter Street, 7th Floor
San Francisco, California 94104
Telephone:     (415) 362-6765
Facsimile:      (415) 362-2405
Email:          weisslaw1@williameweiss.com
Attorneys for Defendant,
PRINCE OF PEACE BAPTIST CHURCH

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PASTOR WALTER HUMPHREY | Case No. C 07-02790 WHA |
| Plaintiff, | **NOTICE OF BANKRUPTCY AND REQUEST FOR STAY OF PROCEEDINGS** |
| vs. | |
| PRINCE OF PEACE BAPTIST CHURCH, and DOES 1-25, | |
| Defendants. | |

PLEASE TAKE NOTICE that the defendant Prince of Peace Baptist Church filed for Chapter 11 Bankruptcy on September 17, 2008 in the United States Bankruptcy Court for the Northern District of Ohio, Case # 08-53352.

Accordingly defendant respectfully requests that the court stay the pending action pending further action by the bankruptcy court.

A true copy of the Notice of Bankruptcy filing is attached hereto as Exhibit A and incorporated by reference.

DATED: September 17, 2008            LAW OFFICES OF WILLIAM E. WEISS

By:     _/s/ William E. Weiss_____
        William E. Weiss
        Attorney for Defendant
        *PRINCE OF PEACE BAPTIST CHURCH*

1
NOTICE OF BANKRUPTCY AND REQUEST FOR STAY OF PROCEEDINGS  - Case No. C 07-02790 WHA