Sep 17 2008 5:51PM    HP LASERJET FAX                                             p.1

Ohio Northern Bankruptcy - LIVE 3.1.7 - NoticeOfFiling                        Page 1 of 2

United States Bankruptcy Court
Northern District of Ohio

Notice of Bankruptcy Case Filing

FILED
Electronically
09/17/2008
1:36 PM

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 11 of the United States Bankruptcy Code, entered on 09/17/2008 at 1:36 PM and filed on 09/17/2008.

Prince of Peace Baptist Church
844 Garth Avenue
Akron, OH 44320
Tax id: 34-1530410

The case was filed by the debtor's attorney:

David A Mucklow
4882 Mayfair Rd
North Canton, OH 44720
(330) 896-8190

The case was assigned case number 08-53252-mss to Judge MARILYN SHEA-STONUM.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our Internet home page http://www.ohnb.uscourts.gov or at the Clerk's Office, US Bankruptcy Court, 455 Federal Bldg, 2 South Main Street, Akron, OH 44308.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

Kenneth J. Hirz
Clerk, U.S. Bankruptcy Court

PACER Service Center

https://ecf.ohnb.uscourts.gov/cgi-bin/NoticeOfFiling.pl?775905                9/17/2008