IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PASTOR WALTER HUMPHREY,

    Plaintiff,

  v.

PRINCE OF PEACE BAPTIST CHURCH,

    Defendant.
                                       /

No. C 07-02790 WHA

**ORDER STAYING CASE AND VACATING TRIAL**

     In light of the bankruptcy notice, this case is stayed and the trial is vacated pending further order.  A case management conference will be held on April 16, 2009 at 11:00 am. Parties shall file a joint case management conference statement at least seven days prior.

    **IT IS SO ORDERED.**

Dated: September 19, 2008

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

N:\07-2790.wpd