1  DOROTHY D. GUILLORY, ESQ. (SBN 114891)
   1701 Harrison St.
2  Oakland, CA 94612
3  Telephone:    (510) 836-2111
   Facsimile:    (510) 836-2112
4  Email: guildorothy@aol.com
   Attorney for Plaintiff,
5  PASTOR WALTER HUMPHREY

6  WILLIAM E. WEISS (SBN 73108)
   LAW OFFICES OF WILLIAM E. WEISS
7  130 Sutter Street, 7th Floor
8  San Francisco, California 94104
   Telephone:    (415) 362-6765
9  Facsimile:    (415) 362-2405
   Email:        weisslaw1@williameweiss.com
10 Attorneys for Defendant,
   PRINCE OF PEACE BAPTIST CHURCH
11

12

13              IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF CALIFORNIA
14

15
   PASTOR WALTER HUMPHREY                    Case No. 3-07-CV-02790 WHA
16
       Plaintiff,                            **JOINT CASE MANAGEMENT
17                                           CONFERENCE STATEMENT AND
   vs.                                       ~~PROPOSED~~ ORDER**
18
   PRINCE OF PEACE BAPTIST CHURCH, and       Date:  April 16, 2009
19 DOES 1-25,                                Time:  11:00 a.m.
                                             Place: Courtroom 9, 19th Floor
20     Defendants.                                  450 Golden Gate Avenue,
                                                    San Francisco, CA 94102
21                                           Judge: Hon. William Alsup

22

23         Pursuant to the Federal Rule of Civil Procedure 26(f) and Local Rules 16-8 and 16-9,

24 plaintiff PASTOR WALTER HUMPHREY (Plaintiff) and defendant PRINCE OF PEACE

25 BAPTIST CHURCH (Defendant) respectfully submit their Joint Case Management Conference

26 Statement and Proposed Order and request the Court to adopt it as its Case Management Order in

27 this case.

28 Joint CMC, p. 1

Right before trial in this case, Defendant Prince of Peace filed for Chapter 11 bankruptcy in the Bankruptcy Court in Akron, Ohio where it resides. Plaintiff has filed his claim for money in that proceeding. The matter is currently stayed as it makes its way through the Bankruptcy court, and the case has not been removed. The notice of bankruptcy and stay order has previously been filed with this court. Prior to the bankruptcy filing, the parties were prepared for trial and the court held the final pre-trial conference. Because of the pending bankruptcy proceeding, the parties have not prepared a full joint CMC statement.

Plaintiff has not sought to dismiss the instant case because of adversarial proceedings taking place in the bankruptcy case, which may affect the outcome of the instant case. Plaintiff requests further continuance of the case management conference for another six months.

DATED: April 1, 2009                    /s/ Dorothy D. Guillory
                                        _____
                                        Attorney for Plaintiff,
                                        PASTOR W. HUMPHREY

                                        LAW OFFICES OF WILLIAM E. WEISS


                                        By_____/s/_____
                                        William E. Weiss, Esq.
                                        Attorney for Defendant,
                                        PRINCE OF PEACE BAPTIST CHURCH

**CASE MANAGEMENT ORDER**

The Case Management Statement and Proposed Order is hereby adopted by the Court as the Case Management Order for the case and the parties are order to comply with this Order.

In addition the Court orders:

CMC set for April 16, 2009 is vacated.

New CMC set for October 29, 2009 at 11:00 am.

Joint Case Management Statement due not less than 7 days prior.

1  Plaintiffs are order to serve a copy of this order on any party subsequently joined in this
2  action.

3

4  Date: April 15, 2009



_____
WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE

3
**JOINT CASE MANAGEMENT CONFERENCE STATEMENT AND PROPOSED ORDER - Case No. C 07-02790 WHA**